IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
STATE OF ALABAMA

| | |
|---|---|
| BORRAH E. CAMPBELL II, | ) |
| Plaintiff | ) ) ) |
| v. | ) CIVIL ACTION ) NO. CV-2006-153 |
| UNITED PARCEL SERVICE, INC., | ) ) |
| Defendant. | ) ) |

RECEIVED

2006 MAR -2 P 12:25

DEBRA P. HACKETT, CLK
DISTRICT COURT
MIDDLE DISTRICT ALA

2:06CV205-wha

## NOTICE OF FILING NOTICE OF REMOVAL

To: Plaintiff Borrah E. Campbell II
*Pro se*
38 Fairlane Drive
Montgomery, AL 36106

To: Melissa A. Rittenour, Clerk of Court
Circuit Court of Montgomery County
P.O. Box 1667
251 South Lawrence Street
Montgomery, AL 36102

PLEASE TAKE NOTICE that the undersigned has this day filed in the United States District Court for the Middle District of Alabama, Northern Division, the attached Notice of Removal. Pursuant to § 1446(d), the above-styled action is now removed and all further proceedings in the Circuit Court of Montgomery County, State of Alabama, are stayed.

Respectfully submitted this 2nd day of March 2006.

William J. Baxley (BAX001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN, McKNIGHT &
BARCLIFT
2008 Third Avenue South
Birmingham, Alabama 35233
Phone: (205) 271-1100
Attorneys for Defendant United Parcel Service, Inc.

- 1 -