IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL II, | ) |
| Plaintiff | ) |
| v. | ) CIVIL ACTION NO. 2:06CV205-WHA |
| UNITED PARCEL SERVICE, INC., | ) |
| Defendant. | ) |

RECEIVED
2006 MAR -2 P 12: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CORPORATE DISCLOSURE STATEMENT OF UNITED PARCEL SERVICE, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Civil Miscellaneous Order Number 3047, Defendant United Parcel Service, Inc. (incorporated in Ohio) advises the Court that it is owned by United Parcel Service, Inc. (incorporated in Delaware), which is publicly traded on the New York Stock Exchange under the ticker symbol UPS.

Respectfully submitted this 2nd day of March 2006.

_____
William J. Baxley
Donald R. James, Jr.
BAXLEY, DILLARD, DAUPHIN, McKNIGHT & BARCLIFT
2008 Third Avenue South
Birmingham, Alabama 35233
Phone: (205) 271-1100
Fax: (205) 271-1108

Attorneys for Defendant United Parcel Service, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL II, | ) |
| Plaintiff | ) ) ) |
| v. | ) CIVIL ACTION ) NO. _____ |
| UNITED PARCEL SERVICE, INC., | ) ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF UNITED PARCEL SERVICE, INC.** by depositing a true copy of same in the United States mail, with adequate first-class postage affixed thereon to ensure delivery, addressed as follows:

> Borrah E. Campbell II
> *Pro Se*
> 38 Fairlane Drive
> Montgomery, AL 36106

This 2nd day of March 2006.

Donald R. James, Jr.