IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL, II, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:06cv205-WHA ) |
| UNITED PARCEL SERVICE, INC., | ) ) |
| Defendant. | ) |

## **ORDER**

This case is hereby referred to Magistrate Judge Delores R. Boyd for action or recommendation on all pretrial matters.

DONE this 7th day of March, 2006.

                                         /s/ W. Harold Albritton
                                         W. HAROLD ALBRITTON
                                         SENIOR UNITED STATES DISTRICT JUDGE