IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH CAMPBELL, II, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06cv205-WHA |
| | ) |
| UNITED PARCEL SERVICES, INC., | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is Attorney Lisa H. Cassilly's motion to appear pro hac vice filed on March 17, 2006. (Doc. # 6). Upon consideration of the motion and for good cause, it is

ORDERED that the motion (doc. # 6) be and is hereby GRANTED. Attorney Cassilly shall file a notice of appearance with this court.

Done this 20th day of March, 2006.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE