IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR 23  A 10: 36

| | |
|---|---|
| BORRAH E. CAMPBELL II, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06-CV-205-WHA |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

COMES NOW Lisa H. Cassilly, an attorney with the law firm of Alston & Bird LLP, and, pursuant to the Court's March 20, 2006 Order granting her motion to appear *pro hac vice* in this matter, hereby notices her appearance as an additional attorney of record for Defendant United Parcel Service, Inc. Defendant requests that all future pleadings and notices to be served upon Defendant include Lisa H. Cassilly, at the address indicated below, along with all other counsel of record:

>Lisa H. Cassilly
>ALSTON & BIRD LLP
>1201 West Peachtree Street
>Atlanta, Georgia 30309
>Phone: (404) 881-7000
>Fax: (404) 881-7777
>E-mail: lcassilly@alston.com

Respectfully submitted this 21 day of March 2006.

_____
Lisa H. Cassilly
Georgia Bar No. 116030
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel. No. (404) 881-7000
Fax No. (404) 881-7777

William J. Baxley (BAX 001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN,
McKNIGHT & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: 205-939-0995
Fax No.: 205-271-1108

Attorneys for Defendant United Parcel Service, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL II, | ) |
| | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:06-CV-205-WHA |
| | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2006, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: none

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Borrah E. Campbell II
*Pro Se*
38 Fairlane Drive
Montgomery, AL 36106


                                    s/ Donald R. James
                                    Donald R. James

- 3 -

ATL01/12176982v1