## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 24, 2006

## NOTICE OF DEFICIENCY

**To:  Lisa Helen Cassilly**
**From:   Clerk's Office**

**Case Style:  Campbell v. United Parcel Service, Inc.**

**Case Number: 2:06-cv-00205-WHA**

**Referenced Pleading:   NOTICE of Appearance - Doc. No. 8**

**Notice is hereby given  that  the referenced deficient pleading was  filed on 3/23/06  by the Clerk's office  and is deficient for  the following reason:**

**The pleading does not contain  an  original signature  and  the  certificate of service is stating that the document was served to the other side by electronic means.**

**The listed  deficiency must be corrected with 10 days from the date of this notice.  Please submit  to the Clerk's office by CONVENTIONAL  (mail) the  certificate of service page of the referenced documents  as explained in the Civil Administrative Procedures, ALONG WITH A COPY OF THIS NOTICE.**

**DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE.**

**The deficiency must be corrected within 10 days from the date of this notice.**

**Please submit to the Clerk's office by conventional means the corrected signed affidavit.**