IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BORRAH E. CAMPBELL II, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06-CV-205-WHA |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

RECEIVED

2006 MAR 30  A 11: 01

## NOTICE OF APPEARANCE

COMES NOW Lisa H. Cassilly, an attorney with the law firm of Alston & Bird LLP, and, pursuant to the Court's March 20, 2006 Order granting her motion to appear *pro hac vice* in this matter, hereby notices her appearance as an additional attorney of record for Defendant United Parcel Service, Inc.  Defendant requests that all future pleadings and notices to be served upon Defendant include Lisa H. Cassilly, at the address indicated below, along with all other counsel of record:

> Lisa H. Cassilly
> ALSTON & BIRD LLP
> 1201 West Peachtree Street
> Atlanta, Georgia 30309
> Phone: (404) 881-7000
> Fax: (404) 881-7777
> E-mail: lcassilly@alston.com

Respectfully submitted this 21 day of March 2006.

*/s/ Lisa H. Cassilly*
Lisa H. Cassilly
Georgia Bar No. 116030
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel. No. (404) 881-7000
Fax No. (404) 881-7777


William J. Baxley (BAX 001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN,
McKNIGHT & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: 205-939-0995
Fax No.: 205-271-1108

Attorneys for Defendant United Parcel Service, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL II, | ) |
| Plaintiff | ) |
| v. | ) CIVIL ACTION |
| | ) NO. 2:06-CV-205-WHA |
| UNITED PARCEL SERVICE, INC., | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing NOTICE OF APPEARANCE BY LISA CASSILLY by depositing a true copy of same in the United States mail, with adequate first-class postage affixed thereon to ensure delivery, addressed as follows:

Borrah E. Campbell II
*Pro Se*
38 Fairlane Drive
Montgomery, AL 36106

This 28th day of March 2006.

Donald R. James, Jr.