IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL, II,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| vs.           ) | CIVIL ACTION NO. 2:06cv205-WHA |
| ) | |
| UNITED PARCEL SERVICE, INC.,           ) | |
| ) | |
| Defendant.           ) | |

## **ORDER**

It is hereby ORDERED that the order of this court (Doc. #4), referring this case to Magistrate Judge Delores R. Boyd, is hereby VACATED and SET ASIDE. This case is referred to Magistrate Judge Charles S. Coody for action or recommendation on all pretrial matters.

DONE this 29th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE