# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 4/17/06 | AT | 1:46 p.m. to 1:51 p.m |
| DATE COMPLETED: 4/17/06 | | FTR Recorded |

BORRAH E. CAMPBELL, II

    Plaintiff

vs..

UNITED PARCEL SERVICES, INC.

    Defendant

CASE NO. 2:06CV205-WHA-CSC

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Mr. Borrah E. Campbell (Pro Se) | | Atty. Lisa H. Cassilly |
| | | Atty. Jeremy Dean Tucker |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON      LAW CLERK: CORRIE LONG

( X) OTHER PROCEEDINGS:    *STATUS/SCHEDULING CONFERENCE*

# SEE MINUTES ATTACHED

# FTR Log Notes

| Description | Status/Sched Conf - 06cv205-WHA-CSC | |
|---|---|---|
| Date | 4/17/2006 | Location: Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 1:46:11 PM | Court | Court convenes ; parties present as noted; Discussions regarding the complaint and amended complaint claiming harrassment; What is the bases were you harrassed; |
| 1:46:53 PM | Mr. Campbell | Response as to race ; |
| 1:47:11 PM | Court | Discussion as to bases of complaint; Discussions as to getting lawyer; |
| 1:47:33 PM | Mr. Campbell | Do I have to? |
| 1:47:42 PM | Court | Response; Court advised plaintiff that he does not have to get a lawyer, can represent self; Encouraged to get a lawyer; Discussion as to cases with pro se litigants; Discussion as to time needed for discovery and 30 days after that set a time for submission on dispositive motions; |
| 1:48:44 PM | Atty. Cassilly | NMT 4 months and probably less than that; |
| 1:48:57 PM | Court | Response - 90 days normally for disovery; |
| 1:49:15 PM | Mr. Campbell | 90 days is sufficient; |
| 1:49:29 PM | Court | Discussions as to forms of discovery; Will enter order giving 90 days to conduct discovery; |
| 1:51:22 PM | Atty. Cassilly | Request to place some limits on the number of interrogatories; and request for production; |
| 1:51:32 PM | Court | Other than what's set forth in the rules? |
| 1:51:34 PM | Atty. Cassilly | You mean the Federal rules as opposed to the local rules; |
| 1:51:44 PM | Court | You can file a written motion; Court is recessed; |