IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL II, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED PARCEL SERVICE, INC., )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION NO.<br>2:06-CV-205-WHA-CSC |

## DEFENDANT UNITED PARCEL SERVICE, INC.'S FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFF

Defendant United Parcel Service, Inc. ("UPS") hereby requests that Plaintiff Borrah E. Campbell II ("Plaintiff") respond, under oath, to the following requests for admissions within thirty (30 days) of service of the requests on Plaintiff pursuant to Federal Rules of Civil Procedure 26 and 36. UPS further requests that Plaintiff supplement his responses as required by Federal Rule of Civil Procedure 26(e).

REQUESTS FOR ADMISSIONS

1.

Admit that you have filed not any charge or complaint with the federal Equal Employment Opportunity Commission regarding your employment with UPS.

2.

Admit that you have filed not any charge or complaint with any State administrative agency regarding your employment with UPS.

ATL01/12203022v1

Served this 21ST day of April 2006.

                                                /s/ Jeremy D. Tucker
Lisa H. Cassilly
Georgia Bar No. 116030
Jeremy D. Tucker
Georgia Bar No. 142484
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel. No. (404) 881-7000
Fax No. (404) 881-7777


William J. Baxley (BAX001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN
McKNIGHT, & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: (205) 939-0995
Fax No.: (205) 271-1108

Attorneys for Defendant United Parcel Service, Inc.

ATL01/12203022v1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL II, | ) |
| | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:06-CV-205-WHA-CSC |
| | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing **DEFENDANT UNITED PARCEL SERVICE, INC.'S FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFF** by United States Mail with adequate first class postage affixed thereon, addressed as follows:

Borrah E. Campbell II
38 Fairlane Drive
Montgomery, AL 36106

Plaintiff *pro se*

This 21st day of April 2006.

_____
Jeremy D. Tucker

ATL01/12203022v1