IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL II, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06-CV-205-WHA-CSC |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## INDEX OF EXHIBITS TO DEFENDANT'S MOTION TO DISMISS AND FOR FEES AND EXPENSES

Defendant United Parcel Service, Inc. ("UPS") files this Index of Exhibits to its Motion to Dismiss and for Fees and Expenses. The following Exhibits are being electronically filed with the Court along with UPS's Motion and Memorandum of Law.

1. A true and correct copy of an e-mail, dated April 21, 2006, from Jeremy Tucker, counsel for Defendant, to Plaintiff Borrah E. Campbell II, enclosing Defendant's initial disclosures and discovery requests.

2. A true and correct copy of Defendant United Parcel Service, Inc.'s First Interrogatories to Plaintiff, served on Plaintiff on April 21, 2006.

3. A true and correct copy of Defendant United Parcel Service, Inc.'s First Requests for Production of Documents and Things to Plaintiff, served on Plaintiff on April 21, 2006.

4. A true and correct copy of Defendant United Parcel Service, Inc.'s First Requests for Admissions to Plaintiff, served on Plaintiff on April 21, 2006.

5. A true and correct copy of a letter, dated June 1, 2006, from Jeremy Tucker, counsel for Defendant, to Plaintiff Borrah E. Campbell II.

6. A true and correct copy of an e-mail, dated April 28, 2006, from Jeremy Tucker, counsel for Defendant, to Plaintiff Borrah E. Campbell II, enclosing Defendant's Notice of Deposition of Plaintiff Borrah E. Campbell II.

7. A true and correct copy of Defendant's Notice of Deposition of Plaintiff Borrah E. Campbell II, served on Plaintiff on April 28, 2006.

8. A true and correct copy of an e-mail, dated June 14, 2006, from Jeremy Tucker, counsel for Defendant, to Plaintiff Borrah E. Campbell II, enclosing Defendant's Amended Notice of Deposition of Plaintiff Borrah E. Campbell II and a letter to Plaintiff.

9. A true and correct copy of a letter, dated June 14, 2006, from Jeremy Tucker, counsel for Defendant, to Plaintiff Borrah E. Campbell II.

10. A true and correct copy of Defendant's Amended Notice of Deposition of Plaintiff Borrah E. Campbell II, served on Plaintiff on June 14, 2006.

11. A true and correct copy of an e-mail, dated June 21, 2006, from Jeremy Tucker, counsel for Defendant, to Plaintiff Borrah E. Campbell II.

12. A true and correct copy of a transcript, with attached exhibit, prepared by Rena M. Lanier, Court Reporter and Commissioner for the State of Alabama at Large, dated June 26, 2006.

Respectfully submitted this 7th day of July 2006.

s/ Jeremy D. Tucker
Lisa H. Cassilly
Georgia Bar No. 116030
Jeremy D. Tucker (TUC037)
Georgia Bar No. 142484
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Office: 404-881-7000
Fax: 404-881-7777

William J. Baxley (BAX001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN
McKNIGHT, & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: (205) 939-0995
Fax No.: (205) 271-1108

**Attorneys for Defendant
United Parcel Service, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL II,           )<br>                                                       )<br>       Plaintiff                              )<br>                                                       )     CIVIL ACTION NO.<br>v.                                                   )     2:06-CV-205-WHA-CSC<br>                                                       )<br>UNITED PARCEL SERVICE, INC.,  )<br>                                                       )<br>       Defendant.                         )<br>_____) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2006, I electronically filed the foregoing **INDEX OF EXHIBITS TO DEFENDANT'S MOTION TO DISMISS AND FOR FEES AND EXPENSES** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:  none.

I further certify that I have mailed by United States Postal Service the aforesaid document to the following non-CM/ECF participants:

> Borrah E. Campbell II
> 38 Fairlane Drive
> Montgomery, AL 36106
>
> Plaintiff *pro se*

                                                                    s/ Jeremy Tucker
                                                                    Jeremy Tucker (TUC037)