# Tucker, Jeremy

| | |
|---|---|
| **From:** | Tucker, Jeremy |
| **Sent:** | Friday, April 21, 2006 5:22 PM |
| **To:** | ellisaisle@peoplepc.com |
| **Cc:** | Cassilly, Lisa |
| **Subject:** | UPS's Initial Disclosures and Discovery Requests |
| **Attachments:** | UPS - Campbell - 1st RFAs to Plaintiff.pdf; UPS - Campbell - 1st RFPs to Plaintiff.pdf; UPS - Campbell - Initial Disclosures.pdf; UPS - Campbell - 1st Interrogatories to Plaintiff.pdf |

Mr. Campbell,

Attached to this e-mail are copies of UPS's Initial Disclosures in the case of *Campbell v. UPS*, 2:06-CV-205-WHA-CSC, pending in the federal court in Montgomery. Also attached are copies of UPS's first discovery requests served on you in this case. I mailed all of these documents to your home address today.


UPS - Campbell - 1st RFAs to P...


UPS - Campbell - 1st RFPs to P...


UPS - Campbell - Initial Discl...


UPS - Campbell - 1st Interroga...

JT

Jeremy Tucker
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7653 Direct Dial
(404) 253-8651 Fax
jeremy.tucker@alston.com