IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL II,<br><br>    Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   2:06-CV-205-WHA-CSC<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT UNITED PARCEL SERVICE, INC.'S FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFF

Defendant United Parcel Service, Inc. ("UPS") hereby requests that Plaintiff Borrah E. Campbell II ("Plaintiff") respond, under oath, to the following requests for admissions within thirty (30 days) of service of the requests on Plaintiff pursuant to Federal Rules of Civil Procedure 26 and 36. UPS further requests that Plaintiff supplement his responses as required by Federal Rule of Civil Procedure 26(e).

### REQUESTS FOR ADMISSIONS

1.

Admit that you have filed not any charge or complaint with the federal Equal Employment Opportunity Commission regarding your employment with UPS.

2.

Admit that you have filed not any charge or complaint with any State administrative agency regarding your employment with UPS.

ATL01/12203022v1

Served this 21ST day of April 2006.

                                              */s/ Jeremy D. Tucker*
                                              Lisa H. Cassilly
                                              Georgia Bar No. 116030
                                              Jeremy D. Tucker
                                              Georgia Bar No. 142484
                                              ALSTON & BIRD LLP
                                              1201 West Peachtree Street
                                              Atlanta, Georgia 30309-3424
                                              Tel. No. (404) 881-7000
                                              Fax No. (404) 881-7777


                                              William J. Baxley (BAX001)
                                              Donald R. James, Jr. (JAM016)
                                              BAXLEY, DILLARD, DAUPHIN
                                              McKNIGHT, & BARCLIFT
                                              2008 3rd Avenue South
                                              Birmingham, Alabama 35233
                                              Tel. No.: (205) 939-0995
                                              Fax No.: (205) 271-1108

                                              Attorneys for Defendant United Parcel Service, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL II, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06-CV-205-WHA-CSC |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing **DEFENDANT UNITED PARCEL SERVICE, INC.'S FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFF** by United States Mail with adequate first class postage affixed thereon, addressed as follows:

Borrah E. Campbell II
38 Fairlane Drive
Montgomery, AL 36106

Plaintiff *pro se*

This 21st day of April 2006.

Jeremy D. Tucker