# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Jeremy Tucker          Direct Dial: 404-881-7653          E-mail: jeremy.tucker@alston.com

June 1, 2006

*VIA FIRST CLASS MAIL*

Mr. Borrah E. Campbell II
38 Fairlane Drive
Montgomery, AL 36106

Re:     *Campbell v. UPS*, Civil Action No. 2:06-CV-205-WHA-CSC; Plaintiff's Discovery Responses and Deposition

Dear Mr. Campbell:

     On April 21, 2006, I served you with UPS's First Interrogatories to Plaintiff, First Requests for Production of Documents and Things to Plaintiff, and First Requests for Admissions to Plaintiff. Under the Federal Rules of Civil Procedure, your responses to those discovery requests were due by May 25, 2006. I have not received any responses from you. Please forward your responses to me immediately, as we prefer not to involve the Court in discovery matters. Feel free to call or e-mail me if you anticipate any problems in responding.

     Also, I e-mailed you on May 22, 2006 asking for your availability during the weeks of June 19 and 26 for your deposition. Please let me know which days between June 19 and July 10 that you are available for us to depose you. As you know, discovery in this case ends on July 18, 2006.

     Thank you for your attention to these matters. I look forward to hearing from you soon.

Sincerely,

Jeremy Tucker

JT:jt

cc: Lisa Cassilly
     Randy James
ATL01/12235559v1

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

90 Park Avenue
New York, NY 10016
212-210-9400
Fax: 212-210-9444

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

601 Pennsylvania Avenue, N.W.
North Building, 10th Floor
Washington, DC 20004-2601
202-756-3300
Fax: 202-756-3333