# Tucker, Jeremy

| | |
|---|---|
| **From:** | Tucker, Jeremy |
| **Sent:** | Friday, April 28, 2006 9:42 PM |
| **To:** | ellisaisle@peoplepc.com |
| **Cc:** | Cassilly, Lisa |
| **Subject:** | Notice of Deposition |
| **Attachments:** | Campbell - UPS - Notice of Deposition.pdf |

Mr. Campbell,

Attached to this e-mail is a copy of a Notice of Deposition, in the case of *Campbell v. UPS*, 2:06-CV-205-WHA-CSC, that I mailed to your home address today.



Campbell - UPS - Notice of Dep...

JT

Jeremy Tucker
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7653 Direct Dial
(404) 253-8651 Fax
jeremy.tucker@alston.com