IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL II, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06-CV-205-WHA-CSC |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S NOTICE OF DEPOSITION OF PLAINTIFF BORRAH E. CAMPBELL II

You are hereby notified that, pursuant to Federal Rules of Civil Procedure 26 and 30, Defendant United Parcel Service, Inc. ("UPS"), by and through its counsel, will proceed to take the deposition upon oral examination of Plaintiff Borrah E. Campbell II in the above referenced action at 10:00 a.m. (CST) on June 13, 2006 at the Holiday Inn Express Hotel & Suites, 4273 Troy Highway, Montgomery, Alabama, 36116. The examination will continue until complete. The examination shall be taken before an officer duly authorized to administer oaths and shall be recorded by videotape and/or stenographic and/or non-stenographic means.

Served this 28TH day of April 2006.

Lisa H. Cassilly
Georgia Bar No. 116030
Jeremy D. Tucker (TUC037)
Georgia Bar No. 142484
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Office: 404-881-7000
Fax: 404-881-7777

ATL01/12210150v1

William J. Baxley (BAX001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN
McKNIGHT, & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: (205) 939-0995
Fax No.: (205) 271-1108

**Attorneys for Defendant
United Parcel Service, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BORRAH E. CAMPBELL II, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06-CV-205-WHA-CSC |
| | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing

**DEFENDANT'S NOTICE OF DEPOSITION OF PLAINTIFF BORRAH E. CAMPBELL II** by United States Mail with adequate first class postage affixed thereon, addressed as follows:

Borrah E. Campbell II
38 Fairlane Drive
Montgomery, AL 36106

Plaintiff *pro se*

This 28TH day of April 2006.

_____
Jeremy D. Tucker