# Tucker, Jeremy

| | |
|---|---|
| **From:** | Tucker, Jeremy |
| **Sent:** | Wednesday, June 14, 2006 4:55 PM |
| **To:** | BEAU |
| **Cc:** | Cassilly, Lisa |
| **Subject:** | Letter and amended deposition notice |
| **Attachments:** | Borrah Campbell 14JUN06 letter.PDF; Amended Notice of Dep of Borrah Campbell .PDF |

Mr. Campbell,

Attached are copies of a letter and amended deposition notice that I mailed to you today.


Borrah Campbell 14JUN06 letter...


Amended Notice of Dep of Borra...

JT

Jeremy Tucker
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7653 Direct Dial
(404) 253-8651 Fax
jeremy.tucker@alston.com