## Tucker, Jeremy

| | |
|---|---|
| **From:** | Tucker, Jeremy |
| **Sent:** | Wednesday, June 21, 2006 1:06 PM |
| **To:** | BEAU |
| **Cc:** | Cassilly, Lisa |
| **Subject:** | Your deposition on Monday |

Mr. Campbell,

As you know, your deposition is scheduled for Monday, June 26, 2006 at 9:30 a.m. (CST) in Montgomery.  As detailed in the amended notice of deposition I sent you via overnight mail and e-mail last week, we will conduct the deposition in the board room of the Holiday Inn Express Hotel & Suites located at 4273 Troy Highway in Montgomery.  We will begin promptly at 9:30 a.m. (CST) as we have the room and a court reporter reserved only for one day.

We expect you to bring to the deposition the documents you were to produce in response to UPS's First Requests for Production of Documents and Things to Plaintiff, which we served on you in April.  These items include, but are not limited to, the written complaint you allege to have made against Stan Woodley and the written statement you allege to have given Terrance Thomas during your employment with UPS and any related documents.

We look forward to seeing you Monday morning.

JT


Jeremy Tucker
Alston & Bird LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7653 Direct Dial
(404) 253-8651 Fax
jeremy.tucker@alston.com