# FREEDOM COURT REPORTING

1    IN THE UNITED STATES DISTRICT COURT FOR

2         THE MIDDLE DISTRICT OF ALABAMA

3              NORTHERN DIVISION

4

5    CASE NUMBER:  2:06-CV-205-WHA-CSC

6    BORRAH E. CAMPBELL, II,

7              Plaintiff,                    COPY

8              VS.

9    UNITED PARCEL SERVICE, INC.,

10             Defendant.

11

12              S T I P U L A T I O N

13              IT IS STIPULATED AND AGREED by

14   and between the parties through their

15   respective counsel, that the deposition of

16   BORRAH E. CAMPBELL, II, may be taken

17   before RENA' MESSICK LANIER, Court

18   Reporter and Notary Public for the State

19   of Alabama at Large, at the Holiday Inn

20   Express Hotel & Suites at 4273 Troy

21   Highway, Montgomery, Alabama  36116, on

22   the 26th day of June, 2006.

23              IT IS FURTHER STIPULATED AND

# FREEDOM COURT REPORTING

2

1    AGREED that the signature to and the

2    reading of the deposition by the witness

3    is waived, the deposition to have the same

4    force and effect as if full compliance had

5    been had with all laws and rules of Court

6    relating to the taking of depositions.

7            IT IS FURTHER STIPULATED AND

8    AGREED that it shall not be necessary for

9    any objections to be made by counsel to

10   any questions except as to form or leading

11   questions, and that counsel for the

12   parties may make objections and assign

13   grounds at the time of the trial, or at

14   the time said deposition is offered in

15   evidence, or prior thereto.

16           IT IS FURTHER STIPULATED AND

17   AGREED that the notice of filing of the

18   deposition by the Commissioner is waived.

19

20

21

22

23

# FREEDOM COURT REPORTING

3

```
1                        I N D E X

2    EXAMINATION BY:                          PAGE

3    MR. TUCKER                                5

4    EXHIBITS                               MARKED

5    DEX 1   Amended Notice of Deposition     5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
```

# FREEDOM COURT REPORTING

4

1     IN THE UNITED STATES DISTRICT COURT FOR

2       THE MIDDLE DISTRICT OF ALABAMA

3          NORTHERN DIVISION

4

5    CASE NUMBER:  2:06-CV-205-WHA-CSC

6    BORRAH E. CAMPBELL, II,

7         Plaintiff,

8         VS.

9    UNITED PARCEL SERVICE, INC.,

10        Defendant.

11

12   BEFORE:

13        RENA' M. LANIER, Commissioner

14

15   APPEARANCES:

16       ALSTON & BIRD, LLP, by JEREMY

17   TUCKER and LESLIE DE LARA LUCK, One

18   Atlantic Center, 1201 West Peachtreet

19   Street, Atlanta, Georgia  30309-3424,

20   appearing for the Defendant United Parcel

21   Service, Inc.

22

23

# FREEDOM COURT REPORTING

5

```
1           I, RENA' MESSICK LANIER, a Court
2   Reporter of Elmore County, Alabama, acting
3   as Commissioner, certify that on this
4   date, as provided by the Federal Rules of
5   Civil Procedure and the foregoing
6   stipulation of counsel, there came before
7   me at the Holiday Inn Hotel & Suites 4273
8   Troy Highway, Montgomery, Alabama  36116,
9   beginning at 10:18 a.m., CST, whereupon
10  the following proceedings were had:
11          (Whereupon, Defendants' Exhibit No.
12  1 was marked for identification purposes
13  by Mr. Tucker.)
14          MR. TUCKER:  This is Jeremy
15  Tucker on behalf of the Defendant, United
16  Parcel Service.
17          We are here in Montgomery,
18  Alabama on Monday, June 26th.  It is 10:18
19  central standard time local time.  We are
20  here pursuant to the Amended Notice of
21  Deposition of the Plaintiff Borrah E.
22  Campbell, II.
23          We served the Amended Notice
```

# FREEDOM COURT REPORTING

6

1    of Deposition on Mr. Campbell on June the

2    14th, 2006.  We are here for the

3    deposition.

4              Mr. Campbell has failed to

5    appear.  I called Mr. Campbell at 10 a.m.

6    local time this morning at his home

7    telephone number.  Left a message on his

8    answering machine telling him we are here

9    for the deposition.  No response.  And he

10   has failed to appear.

11

12

13

14

15

16

17

18

19

20

21

22

23

# FREEDOM COURT REPORTING

7

1       **REPORTER'S CERTIFICATE**

2   STATE OF ALABAMA:

3   MONTGOMERY COUNTY:

4           I, Rena' Messick Lanier, Court

5   Reporter and Commissioner for the State of

6   Alabama at Large, do hereby certify that

7   the above and foregoing transcript of the

8   proceedings in the matter of:

9   BORRAH E. CAMPBELL, II,

10  Plaintiff,

11  VS

12  UNITED PARCEL SERVICE, INC.,

13  Defendant,

14  CASE NUMBER:

15  2:06-CV-205-WHA-CSC

16  was reported by me on the 26th day of

17  June, 2006.

18          I further certify that the

19  foregoing six computer-printed pages

20  contain a true and correct transcript of

21  the proceedings held in this matter.

22          I further certify that I am

23  neither of kin nor of counsel to the

# FREEDOM COURT REPORTING

8

1    parties to said cause, nor in any manner

2    interested in the results thereof.

3            This the 26th day of June, 2006.

4

5

6            Rena' M. Lanier, Court

7            Reporter and Commissioner

8            for the State of Alabama

9            at Large

10

11

12

13

14

15

16

17

18

19

20

21

22

23

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BORRAH E. CAMPBELL II,     )
                          )
     Plaintiff          )
                          )     CIVIL ACTION NO.
v.                    )     2:06-CV-205-WHA-CSC
                          )
UNITED PARCEL SERVICE, INC.,     )
                          )
     Defendant.        )
_____)

## DEFENDANT'S AMENDED NOTICE OF DEPOSITION OF PLAINTIFF BORRAH E. CAMPBELL II

You are hereby notified that, pursuant to Federal Rules of Civil Procedure 26 and 30,

Defendant United Parcel Service, Inc. ("UPS"), by and through its counsel, will proceed to take

the deposition upon oral examination of Plaintiff Borrah E. Campbell II in the above referenced

action at 9:30 a.m. (CST) on Monday, June 26, 2006 in the board room at the Holiday Inn

Express Hotel & Suites, 4273 Troy Highway, Montgomery, Alabama, 36116.  The examination

will continue until complete.  The examination shall be taken before an officer duly authorized to

administer oaths and shall be recorded by videotape and/or stenographic and/or non-stenographic

means.

Served this *14 TH* day of June 2006.


Lisa H. Cassilly
Georgia Bar No. 116030
Jeremy D. Tucker (TUC037)
Georgia Bar No. 142484
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Office: 404-881-7000
Fax: 404-881-7777



DEFENDANT'S EXHIBIT

CAMPBELL 1

William J. Baxley (BAX001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN
McKNIGHT, & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: (205) 939-0995
Fax No.: (205) 271-1108

**Attorneys for Defendant
United Parcel Service, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BORRAH E. CAMPBELL II,                 )
                                       )
          Plaintiff                    )
                                       )          CIVIL ACTION NO.
v.                                     )          2:06-CV-205-WHA-CSC
                                       )
UNITED PARCEL SERVICE, INC.,           )
                                       )
          Defendant.                   )
_____)

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing

**DEFENDANT'S AMENDED NOTICE OF DEPOSITION OF PLAINTIFF BORRAH E.**

**CAMPBELL II** by UPS Next-Day Delivery, with adequate postage affixed thereon, addressed

as follows:

> Borrah E. Campbell II
> 38 Fairlane Drive
> Montgomery, AL 36106

> Plaintiff *pro se*

This 14ᵀᴴ day of June 2006.

Jeremy D. Tucker