IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH CAMPBELL, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv205-WHA |
| | ) |
| UNITED PARCEL SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On July 7, 2006, the defendant filed a motion to dismiss seeking dismissal of this action for the plaintiff's failure to cooperate in discovery and failure to comply with the Federal Rules of Civil Procedure. The defendant also seeks fees and expenses incurred as a result of the plaintiff's failure to comply with discovery rules. Upon consideration of the motion, and for good cause, it is

ORDERED that on or before July 24, 2007, the plaintiff shall show cause why this case should not be dismissed for his failure to cooperate in discovery and failure to comply with the Federal Rules of Civil Procedure governing discovery. The plaintiff shall also show cause why fees and expenses should not be awarded to the defendant.

**The plaintiff is specifically warned that if he fails to file a response as required by this order, the court will treat his failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action. The plaintiff is specifically cautioned that if he fails to file a response in compliance with the**

**directives of this order the undersigned will recommend that this case be dismissed and fees and expenses be awarded to the defendant for his failure to respond.**

Done this 10th day of July, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE