IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH CAMPBELL, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:06cv205-WHA |
| ) | |
| UNITED PARCEL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On July 10, 2006, the court entered an order to show cause directing the plaintiff to show cause why this case should not be dismissed for his failure to cooperate in discovery and failure to comply with the Federal Rules of Civil Procedure governing discovery. (Doc. # 21).  The court set a response date of July 24, 2007.  This date is clearly a typographic error.  Accordingly, it is

ORDERED that on or before **July 24, 2006**, the plaintiff shall show cause why this case should not be dismissed for his failure to cooperate in discovery and failure to comply with the Federal Rules of Civil Procedure governing discovery.  The plaintiff shall also show cause why fees and expenses should not be awarded to the defendant.

**The plaintiff is specifically warned that if he fails to file a response as required by this order, the court will treat his failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action.  The plaintiff is specifically cautioned that if he fails to file a response in compliance with the**

**directives of this order the undersigned will recommend that this case be dismissed and fees and expenses be awarded to the defendant for his failure to respond.**

Done this 18th day of July, 2006.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE