| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Minnie B Ca_____ ☐ Agent ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Minnie B. Campbell  7-19-06 |
| 1. Article Addressed to:<br><br>Borrah E. Campbell, II<br>38 Fairlane Drive<br>Montgomery, AL 36106<br><br>06-205<br>7-18-06 Order to Show | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3461 4483 |

PS Form 3811, February 2004    Domestic Return Receipt    2595-02-M-1540