IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 JUL 21  P 4: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

BORRAH CAMPBELL, II.,           )
                                )
    Plaintiff,                  )
                                )
v.                              )   CIVIL ACTION NO. 2:06CV205-WHA
                                )
UNITED PARCEL SERVICES, INC.,   )
                                )
    Defendant.                  )

MOTION TO STAY

On July 10, 2006, the court entered an order to show cause directing the plaintiff to show cause why this case should not be dismissed for his failure to cooperate in discovery and failure to comply with the Federal Rules of Civil Procedure governing discovery. (Doc. # 21). The court set a response date of on or before July 24, 2007.

The court further ordered that on or before July 24, 2006, that the plaintiff shall show cause why this case should not be dismissed for his failure to cooperate in discovery and failure to comply with the Federal Rules of Civil Procedure governing discovery. The court also stated that plaintiff should show why fees and expenses should not be awarded to the defendant.

As an interested party, I, Borrah E. Campbell I, plaintiff's father, am asking the court for a continuance in this case until the plantiff is physically able to participate in discovery. Since the plaintiff filed this Civil Action against the defendant, he has had three hospital confinements.  He is presently incarcerated in the Montgomery City Jail awaiting his eventual transfer to a  Mental Facility to receive further treatment.

The plaintiff is not failing to respond because he has abandoned his efforts. He has failed to

respond because of his disability.

    Done this 21st day of July, 2006.

                                                */s/ Borrah E. Campbell*
                                                BORRAH E. CAMPBELL
                                                INTERESTED PARTY

## CERTIFICATE OF SERVICE

I hereby certify that on this 21 day of July, 2006, a copy of this Motion to Stay, was mailed, postage prepaid, to ~~United States District Court Middle Dist. of AL~~ the Counsel Listed Below and Plaintiff.

*/s/ Benish P. Campbell/*

Donald Randolph James, Jr.
Baxley, Dillard, Dauphin & McKnight
2008 Third Avenue South
Birmingham, AL 35233

Lisa Helen Cassilly
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

William Joseph Baxley
Baxley, Dillard, Dauphin & McKnight
2008 Third Avenue South
Birmingham, AL 35233

Jeremy Dean Tucker
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

Borzah E. Campbell, II
38 Fairlane Dr.
Montgomery, AL 36106