IN THE UNITED STATES DISTRICT COURT
For The Middle District of Alabama
Northern Division

Borrah E. Campbell II )
  Plantiff, )
 )
 )
V )  CIVIL ACTION NO.
 )  2:06 cv 205-WHA
UNITED PARCEL SERVICE INC. )
  Defendant )

RECEIVED
2006 JUL 31 P 3:24

## ORDER

I Borrah E Campbell II am asking For a Motion to stay. I was unable to participate in discovery in that I was incarcerated. The Court previously moved that this case would be thrown out of court IF I did not respond prior to 7-24-06. Let the Court also be advised that several appointments For deposition were canceled by the defendants Lawyers. I am submitting documents relative to this case to the courts. The Plantiff will likewise be served.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 31st day of July, 2006, a copy of this order titled Borrah Campbell II plantiff vs. United Parcel Service Inc defendant CV 2:06CV205-WHA. was mailed, postage prepaid, to:

Donald Randolph James, Jr.
Baxley, Dillard, Dauphin & McKnight
2008 Third avenue South
Birmingham, Al 35233

Lisa Helen Casilly
1201 West Peachtree St
Atlanta Ga 30309-3424

William Joseph Baxley
2008 Third Ave South
Birmingham, Al 35233

Jeremy Dean Tucker
Alston & Bird LLP
1201 W. Peachtree St
Atlanta, Ga 30309

_____