To: Judge Coody Federal court
From: Borrah E. Campbell II, ellisaisle@peoplepc.com
Re: Borrah E Campbell II vs. United Parcel Service Inc.


Dear Judge:

I am writing this letter to inform you of the fact that the letter submitted to the court by my father was indeed valid.  I am out of jail and now able to participate in discovery.  Let the courts be advised that prior to this point Alston & Bird, the defendant's lawyers have canceled on more than one occasion my efforts to cooperate with them on providing a deposition. Today I am sending a copy of all documentation relative to my case to the plaintiff and likewise to the court.  It is my hope that this will fulfill my requirement for participating in discovery.


Borrah E. Campbell II

7-31-06

# INDIVIDUAL DEVELOPMENT PLAN

This plan does not constitute a guarantee of specific assignments or schedule, but rather, is an indication of the career direction that we believe would benefit both the individual and the company. Many variables affect the outcome of a development plan, such as the rate of growth, short term operational requirements, and the individual's performance in each assignment.

Career Goals (1-2 years):

*HUB Supervisor*

Career Goals (3-5 years): *Lateral Move - I.E. - Package - Manager*

Supporting Facts for Goals:

*His Ability to get Results*
*Works with PIT Supervisor (Training)*

Development areas to be addressed in next year:

*Labor*
*HFCS*
*CHSP*

---

**Proposed Development Actions in next year:**

| <u>Coaching and Training</u> | <u>Other Development Actions</u> |
|---|---|
| | |

---

**SIGNATURES**

| Supervisor/Manager | Immediate Manager | Next Level Manager |
|---|---|---|
| [signature] DATE 8-19-99 | [signature] DATE 8/19/99 | *Larry Hill* DATE 8/19/99 |
| *Doug S Campbell* 8-25-00 | [signature] 8/25/00 | |

# IMMEDIATE MANAGER ASSESSMENT

**Instructions:**
Upon receipt of the Career Development Planning Guide, review the Individual Career Planning section. After doing so, complete the following questions in preparation for a career discussion with this individual. In completing the questions, keep in mind both what you believe to be the individual's development potential and the current and future needs of UPS in terms of workforce skills, knowledge and experience.

1. What do you perceive to be this individual's strengths?

   BO has EXCELLENT JOB Knowledge
   BO is SELF MOTIVATED
   BO has Acceptable ORAL + WRITTEN Skills
   6/2?/?? BO

2. What do you perceive to be this individual's most important development needs?

   BO Needs to WORK ON his skills iN the Following
   AREAS: 1) Labor (Attended Labor Workshop 5/00
   2) Accountability skills for Holding P/T SUPERVISOR TO
   Following The Business Plans TO Get desired Goals.
   3) HFCS Skills (improvement Needed) BO Reviewed 8/22/00

3. Upon review of the Individual Career Planning section, what feedback will you need to give?

   BO will Get Weekly + monthly feed back, This will
   Allow The Manager + opportunity TO TEACH BO How to
   review the Business plans + TEACH his P/T supervisor
   effective Planning Review 8/22/00 (CONTINUE TO Work with BO
   INTHIS Area

4. Of what business realities does this individual need to become more aware of?

   Needs To Be more Knowledgeable of The QPR
   Reviewed (will continue to work with BO untill
   he Has Acceptable Skills 8/22/00

5. Of the 10 development directions, which have potential for this individual?

   Teach BO How To Hold his P/T Supervisor
   Accountable TO ensure The plan Results Are
   Achieved (will continue to work with BO
   IN This area TO improve his ability +
   work with his P/T supervisor. 8/22/00

What other advice/suggestions/information will you need to provide?

   BO will Need to Work Closely with his CHSP Co-Chair
   TO make sure We follow All safety Action plans to
   reach a reduction or NO injuries on the Night Sort.

**Career Discussion**
After completing your assessment, set a mutually agreed upon date for a career discussion. In the discussion, the Individual Career Planning section should be reviewed and your assessment provided as appropriate. During the discussion, the Individual Development Plan that follows should be completed.

3

# INDIVIDUAL CAREER PLANNING

**Self Perceived Strengths:**   Skills in which you are very strong and you would like to be a major emphasis in your work in the next 1-2 years.

*Operations Management is strength area of mine.*

**Self Perceived Development Needs:** Skills you need to develop further in the next 1-2 years.

**Interests:**   Based on your Holland Self-Directed Search results, describe the type of work with which your interests are compatible.

**Values:**   What values and personal priorities need to be considered in planning your development?

*I am a very family oriented and spiritually motivated person. I would like to stay in the Alabama district for the next few years, after that go wherever I am needed to move my career.*

**Development Goals:**   What are your short term (1-2 years) and long term (3-5 years) goals?

1 - 2 Years

3 - 5 Years

**Supporting Factors:**   Information used to determine that your goals are realistic to your needs and the needs of UPS.

**Other Factors:**   If it becomes necessary to achieve your career goals would you be willing to: (*respond Y or N*)

| | | | |
|---|---|---|---|
| A. Advance to next level of management | V | D. Change job functions | |
| B. Relocate | | E. Accept a lateral transfer | V |
| C. Travel | | | |

| | |
|---|---|
| **Development Areas:**   What areas need to be addressed | **Training:**   List formal training |

**Other Development Action:**  Self development

# CAREER PLANNING EMPLOYEE DATA

**Purpose:** As a means of assisting you in your career development and planning, your manager is seeking your input. To accomplish this, complete pages 1 and 2 of this guide and return it to your manager. Information for page 1 can be obtained from your employee history profile (EHP). Page 2 is a summary of information compiled in your Career Planning Workbook.

**UPS Job History:** List all UPS assignments (*hourly and supervisor*) completed, indicate number of months.

| Assignment | Number of Months | Assignment | Number of Months |
|---|---|---|---|
| *Loader* | 15 | *Pt time supervisor preload* | 18 |
| *Part time Supervisor PD* |  | *"    "    Yard Cntrl* | 24 |
| *preload* |  | *"    "    Sanitation* | 12 |
| *Local sort* |  | *"    "    Training* | 3 |
|  |  | *FT Supervisor* |  |

**UPS Training History:** Check all training completed. Also list any job specific training completed.

| Initial Supv. Training | | Advanced Training | |
|---|---|---|---|
| New Supervisor Orientation | ✓ | People Workshop | ✓ |
| TLA Workshop |  | Labor Workshop | ✓ |
| JRD Workshop | ✓ | Corporate Schools |  |
| SWM Training | ✓ | IEP Workshop |  |
| Space and Visibility Training |  | MBC Certification |  |
| PCM Training | ✓ | Coaching - Reinforcing | ✓ |
| DIAD Orientation |  | Affirmative Action OFCCP Training | ✓ |
| Intro to PC DOS |  | Job Specific Training | |
| CST Training |  | *Time Management Seminar* |  |
| EAP Workshop |  | *Planning Materials* |  |
| Professional Relationships Workshop |  |  |  |
| Professional Presence |  |  |  |
| Valuing Diversity | ✓ |  |  |
|  |  |  |  |
|  |  |  |  |

Training Outlines % Comp. (Function _____)

| Other Skills and Training | | | |
|---|---|---|---|

**Schools — Seminars — Degrees:**

| Languages: (*fluent*) | Read | Write | Speak |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**Computer/Technical Skills:**



# CAREER DEVELOPMENT
# Planning Guide

## PERSONAL DATA

Name: _Barrin E Campbell_    Social Security #: _419-19-___5_

District: _Alabama_    Division/Department: _Montg Hub_

Present Assignment: _Supervisor_    Date Assigned: _1/05/99_

Planning Period: _01/5/99_ to _12/31/99_    Employment Date: _1/16/87_

Education Level: _8 Classes left to complete Degree_    Major: _Accounting_

Career and Personal Development Input Form

# Career and Personal Development Input Form

**RR / DD**

| 04 | 39 |
|----|----|

**Sender's Initials**

| dc |
|----|

**Employee ID**

| 0503954 |

**Employee Last Name**

| CAMPBELL II,  BORRAH |

**Effective Date**
mm/dd/yy

| 09 / 06 / 02 |

**Provide information below for Full Time Management ONLY:**

**Date Available**
mm/dd/yy

| 12 . 13 . 02 |

**Mobility Data:**

Employee Willing to:     ☒ Relocate        ☐ Travel        ☒ Take International Assignment        ☐ Take Special Assignment

**Obstacles to Mobility:**

Check if "Yes" - obstacle exists:     ☐ Family Member Education        ☐ Family Member Personal        ☐ Family Member Job

**Form last revised August 14, 2002.**

http://www.atl.ups.com/hr/empserv/content/HRIS/GEMS/Trng/CareerDevInput_G8.htm

Since I was short supervisors and responsible for the yard check, I would often try to get Redd to plan before the sort who would do it. He would not reply or evade the issue. It was not until the end of the night when I announced over the radio that I was going to check the yard that he would assign someone to the yard check. On 10-11-01 Redd attended the safety conference. I was left in charge of the sort. As I was getting ready to do the yard check Kim Whetstone informed me of a belt break down on the PP-2 and that she needed my help immediately. I told Kim that she would have to handle this situation because I was going to check the yard. When the PF-2 came back up I instructed Kim to place the packages stacked on the floor to be placed back onto the belt. We ran a 126.

Alesa then said ~~that~~ "You see Bo we have all these situations were people say you don't know how to talk to them". I then asked Aleisa who were all these people and were was her documentation. Alega could not answer. She then said that she remembered one young man but could not remember his name I then told her the young mans name was Eric Riley. I also stated that he wanted to quit the first night and I got him to stay.

On the night Redd Cunningham actually terminated Michael Butler and Deandre Waters for fighting, He asked me if I would escort them out of the building. I asked, why me since it is customarily Loss preventions job to escort terminated employees out of the building. I stated to Redd that I would walk Deandre out but not Michael Butler. Michael had been a constant discipline problem. I therefore declined the request and stated that I would rather stay clear of that situation.

One situation with H.R. was that the payroll assignment changes were not turned in on time by me which resulted in some new sorters getting their dollar late. Lisa Polich said that I had put the wrong SSN on two of them and others were over due. The end result was that Chris Hall, Chris Lee, and Jason Dunham had not received their raise on time along with other Robinson. I fixed the PACS and turned them into Aleisa Polich, Another incidence happened to to was that a new hire Chris Blanchard called in to say he was not coming to work. I told Chris that this was the third incidence of him calling in and he was becoming an attendance problem. Five minutes after I hung up the phone with Chris Aleisa Polich from human Resources came over to question him/

10-19-01   The following Statements are
a Summary of events that happened between
9-2-01 todate. From this point Forward
I will document daily as I feel that it is
important to do so since the reprisals against
Me have escalated. In the pursuing weeks
after deandre Waters and Michael Butler
were put out of service for fighting, I
have been running Sort B and the primary
with partial help From Redd Cunningham.
I have been responsible for the gyard check
and along with My normal duties. Redd is
not out at the Start of the Sort and therefore
makes it difficult for Me to Start the belts
or Maintain discipline or employee attendance
problems. I informed Redd of this difficulty,
He said "don't worry about it, just get the
Sort down". September was a busy Month.
We completed BRI, started United Way, DCARP,
I sertified My Supervisors on Habits, Seven Steps
to effective training and unload and sort certifications.
I worked one double Shift part time Supervisor
to Substitute the two I had lost, Thomas
Rodriguez. I had seventeen leadership givers
in United Way.

9-2-01

I Talked with Redd before the Sort and asked him could I schedule a day off tuesday 9-4-01. He said that he would have to think about it. ~~for~~ when the Sort started PD-6 went down immediately. Kimberton said that they had worked on It over the weekend. After the Sort Kim Grahm said It doesn't feel like we even had a day off. REDD Cunnigham said there is no rush these loads are not going anywhere. (ON Memorial Day we were off Sunday and worked Monday) Michael Butler came in with his hair in Corn rolls again. After the Sort he and Deandre got into a fight. I made a write up stating that I saw the two supervisors hit each other. Redd suggested that I walk the two spervisors out the gate. I did so.

complete mine. He did not finish Tina's
until 4:15.

In the TLA with Redd I expressed
my concern over run-ins I had with
upper level management. When I was
a part-time supervisor I wrote up
STAN WOODLEY for continually accentuating
any bad points and yelling loudly at me
and cursing me in front of everybody.
This letter was addressed to Redd Cunningham,
Larry Hill, and Glen Rice. I told him
I felt like that was a bad move and
that I would never be forgiven for it
and that my call to him about my concerns
for my Job security was another serious
issue. Redd tried to stop me from talking
but I explained to him I wanted to get
this off my chest. He assured me once
again that he wanted to ~~get this off of~~
~~his chest~~ pass over the operations to
me.

8-25-(Continued) The next day Chris Blanchard
came in and apologized. He said that his
calf muscle wasn't bad enough to go to
the doctor. He then returned to full
duty.

8-30-01 Roger Doan conducted a computerized
simulation class. This was primarily for
employee retention training. This class
was originally scheduled for 12:00 PM but
was changed from 12:00 to 5:00 PM. On
Thursday we completed the class at 19:15
7:15 PM REDD said that he wanted to
do a TLA on me and Kim. REDD
did the TLA REDD did a Talk Listen and
Act on Kimberlon Whetstone-Fair first.
This TLA lasted from 7:15 to 9:30 or 9:45.
When REDD walked out of the office he said
nothing to me and went over to talk to the
other part time supervisors. When I asked
him when would we do my TLA he said
"after the sort". When Kim's TLA was
complete she went home. After the sort
Redd then started a TLA on Tina Gulley
which started at about 2:45. Redd said
that he would go ahead and do TINA and
that after I got up stairs he would

8-25-01

A new sorter, Chris Blanchard called in and said he had hurt his leg on his other job. ~~I told Chris~~ asked Chris if he felt like it was bad enough for him to go to the doctor. Chris said that he probably was not going to the doctor. I said "Chris this is the third call in I have recieved from you, you are becoming ~~an~~ attendance problem. Chris said I'll come in if you need me to but I wont be 100%. I said if you are hurt I don't want you to come in and injure yourself further. After I hung up, 15 minutes later Aliesa Paluch shows up. This is her first day back from vacation, She goes into the office to talk to Redd, I am later called into the office ~~to talk~~ and told that Chris Blanchard called her and filed a complaint saying that I called him a nusance. Aliesa also said that he didn't like the way that he was talked to. She said "You see we have several situations were people have said you dont know how to talk to them". I then said to Aliesa that she needed to show me some documentation and the people. She never did.

8-14-01 The plan for volume was 63,300 the actual was 71,000. There were several loads that came in which were unforecasted. ~~today~~ The sort went down at 2:43 and we ran 120 PPH. I noticed when I looked back at previous nights our PPH dropped one % every night. Sun 136 org to 135 Mon 119 to 178. This happened on the previous week Redd went on vacation. I was also told that we were looking at bringing 6000 to 7,000 packages from the twilight to the night sort. The night sort is scanning over 100% of the volume and the twilight is scanning only 95%. which means that we are not getting credit for the volume. Joey Meneese showed up tonight. He said that he had just gotten out of the hospital and the doctor told him not to get too hot. We then asked him why was he at work he said he would be ok. I told Robert Culp to run the East Wall and told Joey that he could go home, Joey

8-13-01    Today I was told by Larry Hill that Chris Martin the district manager would be in our hub Wendesday. They are supposed to conduct a quality audit. I talked to all supervisors involved and explained that I did not expect to have NDA packages left in the building. On the previous night (8-12-01) we had to catch trailers at the gate to put NDA packages in Roebuck, B'HAM. These packages were found on PD-4 and the unload bay. After (8-13-01) the sort I walked around the building to double check each area and insure that No packages were left. I walked over to PD-7 and Kim Whetstone said that she had only Sunrise packages left. After a closer look we found one NDA package left under a box. Kim said it was sitting on the misflow slide. I then instructed her to put that package on the back of Selma and I would voice mail them to let them No It needed to go to thomasville. I left a voice mail for Willie Berry Selma/thomasville center manager, we also had NDA packages on the back of Florence (S) the Florence (N) was not 100%.

8-12-01 Cont. Dennis Baker told me that In the past these letters were sorted into zip ranges and placed in cardboard boxes so that they could easily be sorted. We dumped every bag and sorted every package in our smalls sort. CHIFL stopped sending NDA on the back of CHIFL Ⓢ. Joey Mcneese was a No Call No Show tonight. He is off at least one night every week Redd Cunningham is on vacation. Richard Underwood was on vacation for the Fith time last week. ON 8-12-01 Mike Johnson left voice mail stating that CHIF7 was on the back of CHIFL Ⓢ Fort the First time since they forecasted the CHIF Ⓝ as a Sunrise and did not forecast the Sunrise at all. We got the NDA off of the local that was supposed to be CHI Ⓢ only hub packages were on the Flaps and the back Flaps.

~~Jerrell Mahone~~ I decided to walk over to PD-7 and double check because we usually have a few second day air packages that are upgraded. After walking to PD-7 I saw Jerrell Mahone and a bag sitting in plain view. This was one of Kim's areas.

8-12-01 I am covering for REDD Cunningham this week. On Sunday 10-12-01 we are supposed to have an additional 12,000 smalls this is more than double our normal smalls volume. Redd said we needed to start up 45 minutes early I suggested that we start the small sort only at 8:45. When I first got to work, I looked for the trailer that was supposed to have the tickets on them (293184). When I looked in the back of the trailer only empty forever bags were visible on both sides. I climbed into the trailer to insure that there were no packages left and noticed that there were bags with 2DA letters on top of the flaps and in the bottom of trailer behind the empty for- ever bags.

after sort 8-5-01

On 8-06-01, REDD called me at 4:14 AM
to inquire about a Chipley load that had
been left. I Informed REDD that we
had put a Chipley load on the door
and saw only Sunrise packages and NDA
in the back of the load which we unloaded.
Redd then informed me that there was
another Sunrise Chipley and that chipley
only builds one Sunrise. I called back
and talked to the Sunrise Simulator
Clay Birchell he stated that the load had
been originally forecasted as a night sort
load and then outbound contacted to a
Sunrise.

8-6-01 Today we talked about how to
document work withs and talk withs. Redd
told me that I was responsible for
any service Failures left in the building.
At the end of the sort, I asked
Kim Whetstone-Fair (full time sup west wall) and
Joey Meneese (full time sup East wall) if their
supervisors had service failures. Rendell had
one that came from the East Wall. Kim
whetstone told me that her wall was clean
and that there were no service failures,

ON 7-30-01 I Confronted Redd Conningham about the fact that I had heard I would no longer be employed with UPS by the end of the year. Redd assured me that this was not true and that I would be at UPS as long as I wanted to be at UPS. I had called Redd and left a Message on his cell phone. ~~He called me back to talk about this situation.~~ In this message I asked him to set up a meeting with him-self Larry Hill and I. I told him that I would like to have a third party present when we talked.

ON 7-31-01 Redd did not have the presort meeting as usual, he went to meet with Part time supervisors. He had several private talks with my part time supervisors In which I was not included. He has always Stated that he would never talk with them without talking with me first. A warning letter I had Issued to Danny Smith and Lamont willis had been posted on a bulletin board on PD-3 with my name underlined. It was given to me by Arcola an IPWS clerk,

volume
PPH
Scanning % by Night/Twilight
balanced Scorecard -
other peoples problems

NSA on CHIPLEY to mentioned NSA Chipley.
- They should fore cast.
- Why aren't they being held accountable to
communicate properly.
- I would like my Manager present when
I check the lead.

Liquid LEAKERS / SAFETY Committee
- They have not come to me.
- Why not instruct them to come to me FIRST.

Supervisor No Call No Shows
- Michael Morrison was shifted to the
Sunrise to cover. I was not notified.
- Integrity, Your network

JESUS IS LORD ●!

Paul Finkley    Situation!

Michael Butler
- Constant defianse
  » Packages Found in area twice
  » insubordination
- Shaving
- Attire

When are you going to hold someone besides me
accountable? Larry, you said don't shock poor performers.

Payroll
- I had one payroll correction I did not tell you about.
- Payroll has had several (too many to count) when
  will it stop,

Danny Smith
- He is not a good employee.
- He is a constant discipline problem
- Union stewards told me they would not put
  up with Danny.

Buzzer To Load
- Employees complaining
- Put it on concern log.
- Gives me a headache I can not

~~Joey Menses    calls in but does not~~
No one followed up to see who deleted these ~~loads~~ Plans. There is an error log recovery that could have shown this information. I also stated that no one had followed up on an incident that had occurred on 7-3-01 when a part time supervisor cursed me out after I instructed him to make write ups about why he didn't check his area properly. I also talked about how I was encouraged on two different occassions by Kim Whetstone - Fair to go ahead and write up or falsify documents. (Employee Contact Sheet / presenlority Contact sheets) Two drivers were Fired for this.

7-25-01

I sent in Funeral pay request for Kurt Brown and Rufus Mccall and they were not Coded as a (19). This resulted in a payroll adjustment. I was told that this Could not happen again. Payroll has been Making errors all year long. There are countless complaints about how payroll has been serering up peoples pay. Nothing has been done. Sran Rackley, Selma Russell, Tim Bennett, Alonzo Jackson, all complained that they did not get paid for 4th of July holiday. I called Virginea Bonds and asked her to follow up. She sent computerized proof that they had been paid.

7-30-01 In my talk with Redd I explained to him that I was Concerned because many things were happening that Made Me Feel I was in jeopardy. In weeks prior, On the exact day I do not Feeall someone deleted the plan load type for the night Sort <u>only</u>. This disenables Flow Control and there fore we can not See loads clearly. Flow control is the system by which we Keep track of what we are running.

7-26-01

I was told by Larry Hill in the pre-sort meeting that Danny Smith was a good unloader. Danny is a constant discipline problem. I have given him warning after warning about insubordination and following instruction. A letter of abandonment was sent out on Danny on 7-12-01 for walking off the job. It was brought to my attention on the eleventh day that (working day) this was an improper letter and that this should have been a letter of warning. The contract states that discipline must be issued No later than ten days after the infraction. I was told by Lester Vinson and Louis Perdue hourly union stewards that they would not put up with Danny Smiths behavior. I had been sending Danny home however I was told by REDA CUNNINGHAM to work him every night and not send him home.

Michael made very messy illegible write-ups, I instructed him to make them over. Michael said this is fucking bullshit I am not writing it over. This is bullshit. Fuck this shit. I made a write up and informed REDD about this incidence. He informed me that he was going to suspend Michael two weeks without pay. On 7-26-01 I asked Redd about the progress of this situation. He stated that Larry Hill had not got back in touch with him on this particular incident. On this same nights at the most critical time of the night, Start up Michael Butler a part time Supervisor left his area without notifying me. When I was on the cat walk checking the Staffing I noticed Michael was not in his area, I then called him on the radio, he notified me that he was on his way out to his car to get an asprin because he had a headache. We had just been in the pre-sort meeting 15 minutes earlier he said nothing about a headache or wanting to go to his car.

7-26-01

I have several write ups on Michael Butler
for failure to follow instructions. He often
comes in unshaved and never turns in documen-
tation he is responsible for (safety trainings, PSS,
balanced scorecard etc). He also leaves packages
in the area he is responsible for. I
have talked with him on several occasions
and asked him for his help, however, he
has not responded. I have begun to documented
these infractions and relayed this information
to my boss Reed Cunningham. He informed
me that he is going to take care of the
situation. On 7-3-01 I found packages in
Michael Butlers work area, I had found
packages the night before after the trailers
were sealing and he had given the word
that the his area was clear.

- I told him to make a write up, stating he
knew it was his responsibility to check his

2-16-01

Larry Called and said that it was funny
how things kind of went haywire on the
weeks Redd took vacation. He then told
me to get confirmation from Alonzo that
he was satisfied with the form of discipline
taken on Clay Borehell.

2-21-01

I talked with unload supervisors about their
responsibility in keying loads down. Michael Morrison,
Deandre Waters, Gwen Fair. Unload Supervisors
do not key loads down until the load is completely
empty. The simulator does not key the load down
until she sees load complete on the Flow Controller
activity screen

I. signed UPS Code of Conduct.

Brian Turner did not show up for the first
day of New supervisor Orientation. He also came
into work drunk one night.

2-15-01

Covering vacation for Redd Cunningham.
I am responsible for voice mails and the
Total Sort operation.

This is a very taxing week, somehow, we
have to complete the Jim Casey video,
1 Hour HAZ MAT training, HABITS and
complete our action plans and balanced
Score card.

Alonzo Ramirez complained to Joey Meneese
that Clay Burchell ~~was going to~~ had threatened
to kick his ass. I talked to Clay with
Joey Meneese present and Clay admitted that
this was improper and he made a write
up to that effect.

I called Redd Cunningham and I voice mailed
Larry to get guidance on how to handle this
Matter.

To: Terrance Thomas
Fm: Bo Campbell
Re: Managers opt in process

I was told that there was a process that manager trainee had to go through. I would like to know, my status in that process. I was told by my manager Redd Cunningham that I would have to go through a process but I was never told what that process was. Please make me aware of this process and what it entails.

Signed

10-9-0

Borrah E Campbell II

To: Terrance Thomas
From: Bo Campbell
Re: Personnel Files


I am writing this letter at this time to document my interest in viewing my
personnel file and all media concerning me as an employee or representative
of United Parcel Service.  Any means used to evaluate, study, or investigate
me on or off the job should be included. I am not fully aware of all measures
taken to evaluate, study, recognize, or investigate.  I am requesting at this
point to be made fully aware of any process, the purpose of that process and
all individuals involved in that process.  I thank you in advance for your
cooperation with this request and expect a reply in the next five days.


Signed



Borrah E Campbell II