IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH CAMPBELL, II, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv205-WHA ) |
| UNITED PARCEL SERVICES, INC., | ) ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the July 21, 2006, motion to stay (doc. # 24) filed by the plaintiff's father and the July 31, 2006, motion to stay (doc. # 25) filed by the plaintiff. Upon consideration of the motions and for good cause, it is

ORDERED as follows:

1. That the motions be and are hereby DENIED as moot.

2. All discovery as authorized by FED. R. CIV. P. 26-37, and 45 shall be completed on or before **November 2, 2006.** Notwithstanding any rule to the contrary, all requests for discovery and all responses to discovery requests, except copies of depositions, shall be filed with the court.

3. Any dispositive motions such as motions to dismiss or motions for summary judgment and any evidentiary materials in support of the motions shall be filed on or before December 1, 2006.

Done this 4th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE