Case 2:06-cv-00205 - WHA-CSC Document 1A
Filed 9/20/2006

RECEIVED
2006 SEP 21 A 9:14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

Borrah E Campbell II,  )
   Plantiff            )
                       )   Civil Action No
v.                     )   2:06-CV-205-WHA-CSC
                       )
United Parcel Service, INC )
   Defendant          )

Plantiffs Motion to REVERSE CIVIL Action
To Personal Injury or Tort/ Civil Action

The Plantiffs Documents Concerning the Court case have been mingled after recieving dirty documentation which was followed by break IN at my home located at Olympia Heights Town Homes 4933 parktownk way Apt 17. A computer, bed and miscellaneous items were stolen on various days 8-16-2006 - 8-30-2006. This has resulted in my impairment paranoid Schezophrenia. I have family members who still work for the defendant. They have distanced themselves from me and treat me like a lepor.

I am only one person and my employer has an insurmountable advantage with a five lawyer team and billions of dollars. I am currently on disability and have a deteriorated nervous system which constantly relives the injustice racism and psychological warfare which dates back to 1998 prior to my promotion of full time Supervisor. I filed a written complaint to my the defendant my then employer. ~~I included~~ It was a complaint about the harrassment and scare tactics of Stan Woodley my then Superior. I addressed this complaint to hour Superiors Read Cunningham, Larry Hill, Glenn Rice. The night after I filed this complaint I was pulled in the office by Stan Woodley who pulled out the complaint and said that if I went through with it he would be fired and my progression through the company would be faster than his because I was a minority. I withdrew my complaint based on 11 years of work history. Stan Woodley was the only Supervisor Superior I reprimanded. He was known for loud talking cursing black males and females. I cannot produce this documentation itself, however

I can produce other documentation of my credibility as a solid leader and asset to the defendant. I resigned when I saw that they began to attack me another way. After my promotion I was told by Stan Woodley "I was one tough nut to crack." This started a windfall of psychological warfare which really never ended. ~~I felt that~~ I have set up appointments for deposition with attorney Jeremy Tucker which was canceled by him. <u>I do not intend to meet with the plentiff until we meet in court berFore the Honorable Judge Cody.</u> ☆ I am asking the judge to grant my original claim For 3,600,000 dollars as I^ the Failure of the defendant to produce any documents concerning my case represents Fraud interfacto. PLEASE HELP ME!

Do WE NEED MEDIA HELP.

Borrah E Campbell II    PROSE'

*[signature]*

9-20-2006

AttachED : Alabama uniform ~~offense~~ Report

## Certificate of Service

I hereby certify that on this 20th day of September 2006, a copy of this Case 2:06-CV-00205-WHA-CSC Document 18 was mailed, postage prepaid, to:

- Donald James Jr
  2008 Third Ave South
  Birmingham, AL 35233
  205-271-1106

- Lisa Helen Casilly
  Alston & Bird
  One Atlantic Center
  1201 West Peachtree St
  Atlanta Ga 30309-3424

- William Joseph Baxley
  Baxley, Dillard, Dauphin, McKnight
  2008 Third Ave South
  Birmingham, AL 35233

- Jeremy Dean Tucker
  Alston & Bird LLP
  1201 W Peachtree St
  Atlanta, Ga 30309

*[signature]* 9-21-06