DATA PROCESSED
5

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

#8850

'06AUG...

| Field | Value |
|---|---|
| VICTIM SSN | |
| COMPLAINANT SSN | |
| 1 | ☐ INCIDENT ☒ OFFENSE ☐ SUPPLEMENT |
| 2 CASE # | |
| 3 SFX | |
| 4 ORI # | 003.01 00 |
| 5 DATE AND TIME OF THIS REPORT | 08 16 06  0220 ☒ MIL |
| 6 AGENCY NAME | Montgomery Police Department |
| 7 IF ORIG. OFFENSE DATE | |
| 8 REPORTED BY | ☒ VICTIM OR |
| 9 ADDRESS | |
| 10 PHONE | ( ) |
| 12 VICTIM (LAST, FIRST, MIDDLE NAME) | Campbell II Borrah Ellis |
| 13 ADDRESS | 4933 ParkTowne Way #17 Montgomery AL 36116 |
| 14 PHONE | (334) no phone |
| 15 EMPLOYER/SCHOOL | Campbell Tax Svc |
| 16 OCCUPATION | owner |
| 17 ADDRESS | 2921 Marti Ln #B Montgomery AL 36116 |
| 18 PHONE | (334) 288-8958 |
| 19 RESIDENT | ☒ RESIDENT |
| 20 INJURY | ☐ Y |
| 21 RACE | ☒ B |
| 22 SEX | ☒ MALE |
| 23 HGT | 6'3" |
| 24 WGT | 260 |
| 25 DOB | 08 24 68 |
| 26 AGE | 37 |
| 27 WAS OFFENDER KNOWN TO VICTIM | ☒ N |
| 30 TYPE INCIDENT OR OFFENSE | Burglary ☒ FEL |
| 31 DEGREE | 3 |
| 32 UCR CODE | |
| 33 STATE/LOCAL ORDINANCE | 04C04 |
| 38 PLACE OF OCCURRENCE | 4933 ParkTowne Way #17 Montgomery AL 36116 (Olympia Heights) |
| 39 SECTOR | 19 |
| 40 POINT OF ENTRY | ☒ DOOR |
| 41 METHOD OF ENTRY | ☒ NO FORCE |
| 42 ASSAULT | |
| 43 TREATMENT FOR ASSAULT INJURY | ☒ N |
| 45 TIME | 2200 ☒ MIL |
| 46 DAY | W (4) |
| 47 LIGHTING | ☒ MOON |
| 48 WEATHER | ☒ CLEAR |
| 49 PREMISE | ☒ APT/TWN HSE |
| OCCURRED BETWEEN | 08 15 06 – 08 16 06 |
| 52 TIME | 0200 ☒ MIL |
| 53 DAY | T (5) |
| 58 WEAPON USED | ☒ HANDS, FISTS, VOICE, ETC. |
| 59 DESCRIPTION | unknown ☒ UNKNOWN |

## Property Description

| 60 QTY | 61 STOLEN/RECOVERED/LOST/FOUND/DESTROYED | 62 STOLEN | 63 DAMAGED | DATE | VALUE |
|---|---|---|---|---|---|
| 1 | Compaq laptop SN: unknown | 700.00 | | | |

| 70 ELECTRONICS | 700.00 (S) |

TYPE OR PRINT IN BLACK INK  893

ACJIC—32 REV 7-04

# INCIDENT/OFFENSE REPORT CONTINUED

**96 DATE AND TIME OF REPORT:** 05/10/06  0220  AM

### Suspect 1 (99-115)
- Name: UNK
- Address: UNK
- Probable Destination: UNK
- Wanted

### Suspect 2 (116-132)
- Name: UNK
- Address: UNK
- Probable Destination: UNK
- Wanted

### Witnesses (133)
NONE

### Narrative (137)
The victim stated between the listed date(s) and time(s) some unknown subject(s) entered his residence with no force and stole the listed item. The victim advised the subject(s) left documentation related to an ongoing court case in the laptop case. The victim advised he would prosecute. There was no usable physical evidence collected. Units #331 and #447 were notified.

Additional Charge: Theft of Property 2nd

**149 REPORTING OFFICER:** C L Bickley  ID# 1611

**151 SUPERVISOR APPROVAL:** CC774

SOCIAL SECURITY ADMINISTRATION

                        Date: August 3, 2006
                        Claim Number: 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A
                                      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DI

BORRAH E CAMPBELL II
38 FAIRLANE DR
MONTGOMERY AL 36106-3517

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

  Beginning December 2005, the full monthly
  Social Security benefit before any deductions is......$ 1618.80

    We deduct $0.00 for medical insurance premiums each month.

  The regular monthly Social Security payment is........$ 1618.00
  (We must round down to the whole dollar.)

  Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

  Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

  Beginning June 2005, the current
  Supplemental Security Income payment is...............$ 0.00

  This payment amount may change from month to month if income or living situation changes.

  Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

SOCIAL SECURITY ADMINISTRATION
2450 PRESIDENTS DRIVE
MONTGOMERY, AL 36116-1616

Payments were stopped beginning June 2006.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 334-223-7183. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 2450 PRESIDENTS DRIVE
> MONTGOMERY, AL 36116

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

SOCIAL SECURITY ADMINISTRATION
2450 PRESIDENTS DRIVE
MONTGOMERY, AL 36116-1616

OFFICE MANAGER

SOCIAL SECURITY ADMINISTRATION
This is an official verification of
Social Security and/or SSI benefits

Signature     Date /06

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery  2/24/06 |
| 1. Article Addressed to:<br><br>UNITED PARCEL SERV.<br>55 Glenlake NE<br>Atlanta, Ga 30328 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FEB 2 ... <br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)   ED547231734 US | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

Let the record show that I also submitted a request to corporate Headquarters for my retirement after I was placed on disability. This request was denied.

_[signature]_ 9-21-06