# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 10/11/06 | AT | 3:00 p.m. to 3:13 p.m |
| DATE COMPLETED: 10/11/06 | | FTR Recorded |

BORRAH E. CAMPBELL, II

    Plaintiff

vs..

    CASE NO. 2:06CV205-WHA-CSC

UNITED PARCEL SERVICES, INC.

    Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Mr. Borrah E. Campbell (Pro Se) | | Atty. Lisa H. Cassilly |
| | | Atty. Jeremy Dean Tucker |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON     LAW CLERK: CORRIE LONG

---

( X ) OTHER PROCEEDINGS:     ***STATUS/SCHEDULING CONFERENCE***

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Status/Scheduling Cong - 2:06cv205-WHA-CSC | | |
|---|---|---|---|
| Date | 10/11/2006 | Location | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 3:00:16 PM | Court | Court convenes; partie present as noted; Question to deft re: last pleading filed in case regarding meeting with deft; |
| 3:00:50 PM | Mr. Campbell | Response; Deft's have canceled on more that one occasion; |
| 3:01:46 PM | Court | Response - addresses both sides to cooperate with each other re: discovery matters; |
| 3:02:10 PM | Mr. Campbell | Have been trying; No one ever shows up; |
| 3:02:23 PM | Court | Addresses deft's counsel; Discussion as to status; |
| 3:02:43 PM | Mr. Campbell | Response - have presented all documentations asked for by the defendants; |
| 3:04:07 PM | Court | Are there anymore discovery; |
| 3:04:12 PM | Atty. Tucker | Response regarding discovery; Initial discovery included interrogatories; request for admissions and request for documents, only a few of each, he has not served any responses to us; We like to conduct depositions; |
| 3:05:25 PM | Mr. Campbell | Response; |
| 3:05:56 PM | Court | Advised plntf of obligations and to answer interrogatories under oath; Both sides have an additional 60 days to complete discovery; will set a new deadline for filing dispositive motions; |
| 3:07:18 PM | Mr. Campbell | Addresses the court as to confusion regarding things left to do; |
| 3:07:40 PM | Court | Understanding of what a deposition is; |
| 3:07:42 PM | Mr. Campbell | They going to tape what I say; |
| 3:07:45 PM | Court | They or going to have a court reporter there or videotape it and you are going to be under oath, |
| 3:07:56 PM | Mr. Campbell | That's the only requirement that I have left; |
| 3:08:03 PM | Court | What's left, interrogatories and request for admissions; |
| 3:08:06 PM | Atty. Tucker | We not received a response to interrogatories and request for admissions submitted in April; |
| 3:08:17 PM | Court | Addresses the plaintiff as to what deft;s counsel is referring to; |
| 3:08:20 PM | Mr. Cambpell | Interrogatories being the deposition; |
| 3:08:20 PM | Court | No. Interrogatories are written questions to which you are to respond; |
| 3:08:34 PM | Mr. Campbell | Is that done during depositions; |
| 3:08:36 PM | Court | No it is not; |
| 3:08:41 PM | Mr. Campbell | So I have to write ar esponse; |
| 3:08:42 PM | COurt | Yes, under oath, you have to respond to them in writing under oath; |
| 3:08:48 PM | Mr. Campbell | Do I have to be with them? |
| 3:08:50 PM | Court | No. |
| 3:09:10 PM | Mr. Campbell | Response; |

| Time | Speaker | Statement |
|---|---|---|
| 3:09:26 PM | Court | It may be better to go ahead and take his deposition before you determine you need interrogatories or request for admissions; |
| 3:09:56 PM | Atty. Tucker | Ok |
| 3:09:58 PM | Court | They are going to take your deposition before you have to respond to anything else; |
| 3:10:16 PM | Mr. Campbell | Just want to make sure I'm in compliance; |
| 3:10:26 PM | Court | Parties advised to nake sure addresses are known to where things are set before leaving this afternoon; |
| 3:10:39 PM | Mr. Campbell | Informs the court that home was broken into, and received documentation from the deft that did not come through the mail; The only way deft's can contact is through phone or certified mail |
| 3:11:21 PM | Court | Parties advised to know how to get in contact with each other before leaving today; Parties advised to set a dated to take depositions before leaving today; |
| 3:11:29 PM | Atty, Tucker | Request plntf;'s address on the record; |
| 3:11:44 PM | Court | What is that address. |
| 3:11:44 PM | Mr. Campbell | 118 T Clanton Ave. Montgomery, AL 36104; |
| 3:12:00 PM | Atty. Cassilly | May we ask for his phone number; |
| 3:12:08 PM | Mr. Campbell | Prefer that mail be sent to P.O. Box 1124 Montgomery, AL 36120. |
| 3:12:19 PM | Court | What's your phone number; |
| 3:12:19 PM | Mr. Campbell | 334-221-6352 |
| 3:12:29 PM | Court | Will enter an order releasing Mr. Campbell of his present obligations to respond to any outstanding discovery request until after his deposition is taken; Deposition to be taken with the next 20 days; |
| 3:13:03 PM | Atty. Tucker | Request to allow counsel to conduct the deposition some where within the courthouse; |
| 3:13:16 PM | Court | Don't think that's necessary at this point; If you run into a problem during the deposition, the court can be reached by telephone. |
| 3:13:30 PM | Court | Court is recessed. |