IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Borrah E. Campbell II )
Plantiff )
)
) CIVIL ACTION NO. 2:06 CV 205
) -WHA
V )
)
United Parcel Service INC )
Defendant )

## Discovery Order

On October 11, 2006 I was told by <u>The Honorable Judge Charles S. Coody</u> that I erroneously stated that I had not met with the plantiff which would be myself. I have set a tentative date with the defendant for deposition on October 25th, 2006 at 9:30 AM 415 Dexter Ave Alabama Bar Association. Attorney Jeremy Tucker stated that he would notify me by phone if there was a change (or certified letter to P.O. Box 1124 Montgomery, Al 36120). I have attached additional documents for discovery which record my credibility as a leader prior to and after my promotion to full time employment, I resigned under duress from upper level management and missed my 2002 MIP which I recieved previous years 1999, 2000, 2001.

I am asking the Judge to add that disbursement to any settlement agreement made by the defendant. It was my estimation at the time of resignation that it didn't matter how I performed I would be harassed. I broke ranks to fix an age old problem which was my then superior Stan Weadley, who simply did not talk with respect to me as he would have expected me to return. I once walked up on him in a shouting match with my employee Lynn Harris. A very efficient female worker. She came to me and asked me what to do. It was so gross that I told her I would not accept such treatment myself. She would be wright to document. After deposition, if there be any <u>questions</u> or <u>interrogatories</u> I am asking the defendant to send such questions to me if the <u>Honorable Judge Charles S Coody</u> states that it is so necessary, P.O. Box 1124 Montgomery, Al 36124 Certified Letter. I understand the Judge to have stated October 11, 2006 3PM meeting that it was not neccessary for me to respond. I have recieved no documentation from the defendant concerning my performance or employment history up to this point. I must conclude that NONE EXIST as in I met with Human Resource Manager Tommy Davis and He stated 1-5-2006 that he had no such file and was not sure how to get it. I (Cont.

Cont.: I talked to Terrence Thomas before resigning and he said my file was in Birmingham, Al 35204 the main office. I have been given the run around for four years now. I want off the merry go round. I am asking for the full amount of $3,000,000 be awarded with admission of negligence.

Borrah E Campbell II

*[signature]* 10-11-2006

SEE Attached Statement

Discovery Documents
2:06-CV-00205-WHA-CSC Campbell V. United Parcel Service Inc

RECEIVED

U.S. District Court
2006 OCT 12 A 10: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Alabama Middle District

The Following transaction:

Case Name: Campbell VS United Parcel Service

Case Number: 2:06-CV-205

Filer: ~~United Parcel Service, Inc~~ Barrel E Campbell II

Document # 235AC

Will be mailed to:

William Joseph Bexley

Lisa Helen Casilly

Donald James, Jr

Jeremy Dean Tucker

Signed: Barry S Campbell

10-12-2006