IN THE UNITED STATES DISTRICT COURT For the middle district of Alabama Northern Division

Borrah E. Campbell II
 Plantiff

v.

United Parcel Service INC
 Defendant

Civil Action
2:06-CV-205-WHA-CSC

RECEIVED
OCT 12 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Plantiff Borrah E Campbell II, interrogatories To Defendant

1.) Produce by Mail all documents of training, discipline and recognition of the Plantiff.

2.) Produce by Mail any documentation Survelance or Media archived by the defendant as a reference to the plantiff. (For any reason)

3.) Produce by Mail any known conspiracy to discontinue employment of the plantiff. ~~and for~~

4.) Produce all documents that link me to a spouse or significant other In any way after October 2001.

EDUCATION: Borrah E Campbell II

Davis Elementary School
Bellingrath Junior High Schools
Sidney Lanier High School
Alabama State Hornets
Auburn University    BS BA Accounting.
Americas Driving Force    (CDL Commercial Driver liscense)
Admission:

Borrah E Campbell II

Employers of Borrah E Campbell II since 1986:
- WENDYS 1985-86
- KMART 1986-87
- United Parcel Service 1987 to November 11, 2002
- Federal Express August 2003 December 2004
- Campbell Tax Service 1/1/2005 to 3/1/2005
- ☆ Disability Social Security 3/3/2005 to present. Dr Hardwood diagnosed me with the impairment of Paranoid Schezophrenia.

Known Aliases of Borrah Ellis Campbell II:
Bo, Beau, Chuck and Borrah

EDUCATION: Borrah E Campbell II

Davis Elementary School
Bellingrath Junior High Schools
Sidney Lanier High School
Alabama State Hornets
Auburn University   BSBA Accounting,
Americas Driving Force    (CDL Commercial Driver License)
Admission:



Borrah E Campbell II    Statement:

Montgomery, AL 36125 is known for its history of racism towards young intelligent black men. The basis of Dixie was that the black men was a farm animal an 2/3 Human and does not deserve to be paid well. I had one Manager Chip Chappelle even play his Civil War music in the office before discipline 1989. I did not take offense because I saw change and diversity, however, subtil covert racism remained. I was for the majority of my career a management person and developed my skills as such. I therefore planned my upward mobility as a supervisor. Although others may not be aware of psychological warfare of dixie an willie lynch I am. And have seen evidence of it first hand by the hands of the defendant.

Borrah E Campbell II

[signature]    10-11-2006

# Greil Memorial Psychiatric Hospital
## Discharge Instruction Sheet

Discharge MD: **Dr Palmer**

Patient Name: **Porrah Campbell**

**Follow-UP/Aftercare Appointment(s):** Therapist: Marcia ___

☑ Montgomery MHC  ☐ ECMHC  ☐ EAMHC  ☐ Other: ___

Address: 101 Coliseum Blvd

City: Montgomery    State: AL    Zip Code: ___

Substance Abuse Treatment recommended, discussed and materials given: Yes ___ No ___

Medical Appointment: as need with private MD   Date: ___

Address: ___

| Medication | Dosage/Frequency | Medication | Dosage/Frequency |
|---|---|---|---|
| Seroquel | 300mg one 9pm | | |
| Seroquel | 100mg on 9pm | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Nurse Listing Medications: **Bonnie Woods**   Nurse Verifying: **Rebecca Goldium**

**Special Instructions/Teaching:**
1. Special Diet **Regular**
2. Take medications as prescribed and do not use alcoholic beverages or illegal drugs
3. Exercise daily as tolerated, practice safe sex, and eat three balanced meals daily
4. See your medical doctor for any problems you experience or go to the emergency room.
5. Contact Local mental health emergency number in the event of psychiatric emergencies
6. Other: ___

Home Medications Returned to Patient: NA  ☐ Yes  ☑ No
Personal/Possession Belongings returned: ☑ Yes  ☐ No   Condition on discharge: **Calm & in control**
Medications /Medical Prescriptions Given: ☑ Yes  ☐ No
Funds from Business Services: ☑ Yes  ☐ No

Acknowledgement: I understand instructions. I have received my personal belongings, medications, and prescriptions.

_[signature]_
Patient

Pt. Released To (Print): **Self**

Social Worker: _[signature]_

Placement Address (Print Legibly): **38 Fairlane Dr, Montgomery, AL 36106**

Registered Nurse: **Bonnie** ___

12/21/2005   First Copy: Patient
Second Copy: Mental Health Center
Third Copy: Record

SOCIAL SECURITY ADMINISTRATION

                                                        Date: October 5, 2006
                                                        Claim Number: 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A
                                                                        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DI

    BORRAH E CAMPBELL II
    38 FAIRLANE DR
    MONTGOMERY AL 36106-3517

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

    Beginning December 2005, the full monthly
    Social Security benefit before any deductions is......$ 1618.80

    We deduct $0.00 for medical insurance premiums each month.

    The regular monthly Social Security payment is........$ 1618.00
    (We must round down to the whole dollar.)

    Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

    Your Social Security benefits are paid on or about the third of each month.

*[Handwritten:]* The Diagnosis of Paranoid Schezophrenia, was given by Mental Health Associations doctors, Harwood, Freeman Dr Nair, Dr Casu. I have been to Meadhaven, Griel. after reliving the injustice of the defendant.



**UPS Retirement Plan** 55 Glenlake Parkway, NE
Atlanta, GA 30328

February 13, 2003

Borrah Campbell Ii
38 Fairlane Dr
Montgomery, AL 36108

Dear Borrah:

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), this letter is to notify you that you have a monthly deferred vested Single Life Only benefit at Normal Retirement (Age 65) of $1,054.49 from the UPS Retirement Plan. You may begin to collect your monthly benefit as early as age 55 at a reduced amount of 6% per year before age 65.

Should you pass away prior to your benefits commencing and you are married, the Plan will pay your spouse 50% of the Qualified Joint & 50% Surviving Spouse annuity. We are also required to inform you that if you are not married, your accrued benefit under the Plan will be forfeited should you pass away prior to the commencement of your deferred benefit.

The deferred vested benefit amount herein was calculated as a Single Life Only benefit. The Plan provides another payment option called a Single Life Certain benefit. This is a lesser benefit amount, although it is actuarially equivalent to the Single Life Only benefit. The Single Life Certain benefit pays you a benefit for your lifetime with a minimum guarantee of 120 monthly payments to you. If you die before 120 monthly payments have been paid, your designated beneficiary continues to receive the same benefit amount for the remainder of the 10-year guarantee period. The Qualified Joint and 50% Surviving Spouse annuity option pays you a monthly retirement benefit during your lifetime, and then pays your surviving spouse a lifetime benefit of 50% of the Qualified Joint and 50% Surviving Spouse annuity. The Qualified Joint and 50% Surviving Spouse annuity amount will be less than the Single Life Certain benefit since it will be paid for the longer of two lifetimes. It is determined based on your age and your spouse's age at the time you begin to draw benefits. You may elect alternate forms of payment including Joint and 50% Survivor Annuity (non-spouse), or Joint and 100% Survivor Annuity (spouse or non-spouse, as subject to IRS limitations). The Joint and 50% Survivor Annuity provides you with reduced monthly payments for your life. At your death, the surviving beneficiary will receive a monthly benefit for life that is equal to 50% of the monthly payment you had been receiving prior to your death. Survivor benefits stop when your beneficiary dies.

The Joint and 100% Survivor Annuity provides you with reduced monthly payments for your life. At your death, the surviving beneficiary will receive a monthly benefit for life that is equal to the monthly payment you had been receiving prior to your death. Survivor benefits stop when your beneficiary dies. Due to IRS limitations, you may not elect a beneficiary who is both a non-spouse and is more than 10 years younger than you are.

It is the obligation of the UPS Retirement Plan to provide this information to you. Since this will be the only notification you will receive, you should retain this letter in a secure place. Please contact this office three months prior to the date you wish to begin your retirement benefit payments. If you have any questions, please feel free to write to us at the above address.

For the
UPS Retirement Plan
Administrative Committee

c: Administrative Committee



**1999 UPS MANAGERS INCENTIVE PLAN EARNINGS STATEMENT
PAID IN DECEMBER 1999**

A/C 41919660500   BORRAH E CAMPBELL II                                    1139

| PROFIT INCENTIVE | ADDITIONAL INCENTIVE | TOTAL EARNINGS | TAXES WITHHELD ||| CHARGE A/C REC. | AMOUNT PAID IN UPS STOCK ||
|---|---|---|---|---|---|---|---|---|
| | | | FEDERAL | OTHER | FICA | | AMOUNT | SHARES |
| N/A | N/A | 8,959 | 2,536.76 | 336.42 | 685.36 | 685.36 | 6,085.82 | 89 |

UPS Receipt #   2861747

An award of United Parcel Service, Inc. (UPS) common stock, computed as indicated above, is being made to you representing your share of the UPS Managers Incentive Plan Earnings for 1999.

Within a few days a receipt will be mailed to you for the UPS stock deposited into your stock account.

These shares help to build up your partnership interest as an owner-manager of United Parcel Service. It is hoped that your partnership interest will continue to increase in the future.

One unit members receive an allocation of 2.63 month's salary as of September 30, 1999. Two unit members receive twice that amount.

The Additional Incentive is equal to 2½% of the cost of stock deposited in the UPS Managers Stock Account, less the cumulative proceeds from sales of any such stock. The Additional Incentive is limited to a maximum amount equal to one month's salary.

A new determination of membership in the UPS Managers Incentive Plan is made each year without regard to membership in prior years. A manager may become a member of the Plan each year only upon recommendation of his or her district or department manager with the approval of his or her regional or group manager. Your right to participate as a member of the 1999 UPS Managers Incentive Plan became fixed when you received the Participation Notice issued November, 1999. Actual payment to you is being made in December 1999.

12-10-99                                                            **United Parcel Service**



**2000 UPS MANAGERS INCENTIVE PLAN EARNINGS STATEMENT**
**PAID IN NOVEMBER 2000**

A/C 41919660500   BORRAH E CAMPBELL II   0439

| PROFIT INCENTIVE | ADDITIONAL INCENTIVE | TOTAL EARNINGS | TAXES WITHHELD | | | CHARGE A/C REC. | AMOUNT PAID IN UPS STOCK | |
|---|---|---|---|---|---|---|---|---|
| | | | FEDERAL | OTHER | FICA | | AMOUNT | SHARES |
| 11,813 | 153 | 11,966 | 3388.47 | 619.28 | 741.89 | 741.89 | 7958.25 | 131 |

The MIP factor is 3.15 for one unit

    An award of United Parcel Service, Inc. (UPS) common stock, computed as indicated above, is being made to you representing your share of the UPS Managers Incentive Plan Earnings for 2000.

    Within a few weeks a receipt will be mailed to you for the UPS stock deposited into your stock account.

    These shares help to build up your partnership interest as an owner-manager of United Parcel Service. It is hoped that your partnership interest will continue to increase in the future.

    The Additional Incentive is equal to 2 1/2% of the cost of stock deposited in the UPS Managers Stock Account, less the cumulative proceeds from sales of any such stock. The Additional Incentive is limited to a maximum amount equal to one month's salary.

    A new determination of membership in the UPS Managers Incentive Plan is made each year without regard to membership in prior years. A manager may become a member of the Plan each year only upon recommendation of his or her district or department manager with the approval of his or her regional or group manager. Your right to participate as a member of the 2000 UPS Managers Incentive Plan became fixed when you received the Participation Notice issued November, 2000.

**United Parcel Service**

10/16/00



**2001 UPS MANAGERS INCENTIVE PLAN EARNINGS STATEMENT**
**PAID IN DECEMBER 2001**

RRDD 0439
A/C: 41919660500

BORRAH E CAMPBELL II

| Profit Incentive | Additional Incentive | Total Earnings | Taxes Withheld ||| Charge A/C Rec | Amount Paid in UPS Class A Stock ||
|---|---|---|---|---|---|---|---|---|
| | | | Federal | Other | FICA | | Amount | Shares |
| 10,216 | 352 | 10,568.00 | 2,926.52 | 552.48 | 655.22 | 655.22 | 7,089.00 | 139 |

An award of United Parcel Service, Inc. (UPS) Class A stock, computed as indicated above, is being made to you representing your share of the UPS Managers Incentive Plan Earnings for 2001.

These shares help to build up your partnership interest as an owner-manager of United Parcel Service. It is hoped that your partnership interest will continue to increase in the future.

The Additional Incentive is equal to 2.5 percent of the cost of stock deposited in your stock account, less the cumulative proceeds from sales of any such stock. The Additional Incentive is limited to a maximum amount equal to one month's salary.

A new determinaton of membership in the UPS Managers Incentive Plan is made each year without regard to membership in prior years. A manager may become a member of the Plan each year only upon recommendation of his or her district or department manager with the approval of his or her regional or group manager. Your right to participate as a member of the 2001 Managers Incentive Plan became vested when you received this Earnings Statement.



United Parcel Service    55 Glenlake Parkway, NE
Atlanta, GA 30328
(404) 828-6000

December 1, 2001

Dear MIP Participant,  Borrah  &  Campbell II

Congratulations on receiving your 2001 Managers Incentive Plan (MIP) award. This year, there are 30,332 participants in the plan. In recommending you for participation in the MIP, your manager has recognized the contributions you have made to the success of our company during the past year. On behalf of the Management Committee, I'd like to thank you for your efforts. As a result of your efforts, UPS remains a well-run and financially sound company -- a company that delivers on its promises.

To a great degree, the success of our company can be attributed to our owner-management philosophy. UPS does best if the people who run it every day are also the people who own it. Participation in the Managers Incentive Plan is based upon our belief that a strong financial interest in UPS fosters a strong commitment to the success of the company. Consequently, it is in our best interests to hold on to our class A shares. By retaining our class A stock, we help retain control of the company by its active employees.

The ownership of our company by the people employed by it is one of our most honored traditions. The dedication of our people and the strong commitments we make to customers, communities, and shareowners contribute to the success of UPS. It is UPS people working together, however, that help us meet business plans and attain goals and objectives of The UPS Charter. Celebrating 95 years of service next year reminds us of how much we can take pride in. Congratulations again, and thank you for your contribution.

Sincerely,

Jim Kelly

Jim Kelly



# BUSINESS INSTITUTE

Hereby Certifies That

## BORRAH CAMPBELL

having met with distinction the high standards of education, experience and demonstrated knowledge established by this Institute, has been certified in

## Quantitative Management Skills

Witness the signatures of the duly authorized facilitators of this Institute:

ATTEST:

_Michael E. Fuller_
Facilitator

_Ewell A. Nichols_
Facilitator

March 2-3, 2004
Date of Certification





# HUB Supervisor Training School

This is to certify that

**Bo Campbell**

has successfully completed the
<u>Hub Supervisor Training School</u>
conducted by United Parcel Service

Louisville, Kentucky

May 7, 2000 to May 26, 2000

_____ Facilitator
_____ Facilitator

_____ Facilitator
_____ Facilitator





# Labor Relations Workshop

This is to certify that

## Bo Campbell

has successfully completed the
Labor Relations Workshop
conducted by United Parcel Service
at Birmingham, Alabama
from June 28, to June 29, 2000

*"Nothing is to develop and maintain friendly relations with labor unions and their representatives."*
— UPS Policy Book

District Manager



