IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 FEB -1  P 3: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| BORRAH E. CAMPBELL II, | ) |
| Plaintiff | ) |
| v. | ) CIVIL ACTION NO. <br> ) 2:06-CV-205-WHA-CSC |
| UNITED PARCEL SERVICE, INC., | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant United Parcel Service, Inc. ("UPS") files this Motion for Summary Judgment on all of Plaintiff's claims asserted against it in this action. In support of its motion, UPS contemporaneously submits the following: Defendant's Memorandum of Law in Support of its Motion for Summary Judgment, Defendant's Index of Evidence in Support of its Motion for Summary Judgment, and the original transcript of the October 25, 2006 deposition of Plaintiff Borrah E. Campbell II.

Respectfully submitted this 31st day of January 2007.

/s/ Lisa H. Cassilly
Lisa H. Cassilly
Georgia Bar No. 116030
Jeremy D. Tucker (TUC037)
Georgia Bar No. 142484
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Office: 404-881-7000
Fax: 404-881-7777

William J. Baxley (BAX001)
Donald R. James, Jr. (JAM016)
BAXLEY, DILLARD, DAUPHIN
McKNIGHT, & BARCLIFT
2008 3rd Avenue South
Birmingham, Alabama 35233
Tel. No.: (205) 939-0995
Fax No.:  (205) 271-1108

**Attorneys for Defendant
United Parcel Service, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL II, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06-CV-205-WHA-CSC |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### CERTIFICATE OF SERVICE

I certify that I have this date served on Plaintiff in the above-styled action a true and correct copy of **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** via UPS overnight delivery, addressed as follows:

Borrah E. Campbell II
118T Clanton Avenue
Montgomery, AL 36104

Plaintiff *pro se*

This 31st day of January 2007.

_____
Jeremy Tucker (TUC037)