IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL II,         ) | |
| ) | |
| Plaintiff         ) | |
| ) | CIVIL ACTION NO. |
| v.         ) | 2:06-CV-205-WHA-CSC |
| ) | |
| UNITED PARCEL SERVICE, INC.,         ) | |
| ) | |
| Defendant.         ) | |
| _____) | |

RECEIVED
2007 FEB -1  P 3: 06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**DEFENDANT'S INDEX OF EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

In support of its contemporaneously filed Motion for Summary Judgment, UPS submits the following evidence:

1. The original transcript of the October 25, 2006 deposition of Plaintiff Borrah E. Campbell II.

Respectfully submitted this 31st day of January 2007.

*/s/ Jeremy D. Tucker*
Lisa H. Cassilly
Georgia Bar No. 116030
Jeremy D. Tucker (TUC037)
Georgia Bar No. 142484
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Office: 404-881-7000
Fax: 404-881-7777

- 2 -

        William J. Baxley (BAX001)
        Donald R. James, Jr. (JAM016)
        BAXLEY, DILLARD, DAUPHIN
        McKNIGHT, & BARCLIFT
        2008 3rd Avenue South
        Birmingham, Alabama 35233
        Tel. No.: (205) 939-0995
        Fax No.: (205) 271-1108

        **Attorneys for Defendant**
        **United Parcel Service, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL II, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06-CV-205-WHA-CSC |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

I certify that I have this date served on Plaintiff in the above-styled action a true and correct copy of **DEFENDANT'S INDEX OF EVIDENCE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**, along with a true and correct copy of the transcript of the October 25, 2006 deposition of Plaintiff Borrah E. Campbell II, via UPS overnight delivery, addressed as follows:

> Borrah E. Campbell II
> 118T Clanton Avenue
> Montgomery, AL 36104
>
> Plaintiff *pro se*

This 31st day of January 2007.

_____
Jeremy Tucker (TUC037)

LEGAL02/30242866v1