REFERENCED DEPOSITION OF BORRAH E. CAMPBELL, II TO THE EVIDENTIARY SUBMISSION IS NOT SCANNED.

IT IS FILED IN CONVENTIONAL FORMAT AND AVAILABLE FOR VIEWING IN THE CLERK'S OFFICE.