IN THE UNITED STATES DISTRICT
COURT FOR THE Middle district OF
Alabama Northern Division

Borrah E Campbell II         )
                             )
                             )
                             )
                             )   Civil Action
VS                           )   2:06-CV-205-WHA-CSC
                             )
United Parcel Service Inc    )
    Defendant                )
                             )
                             )
                             )
                             )

RECEIVED

2007 FEB 13  A 11: 45

[Clerk stamp: DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA]

## MOTION TO DENY DEFENDANT CLAIM FOR SUMMARY JUDGEMENT.

As stated in the original complaint I was blackballed for standing up to a management person who was prejudiced and mistreated me by yelling and telling me I had better be afraid like a motherfucker. In my last days at the defendant employer I scheduled two days off which were scheduled well in advance were cancelled at the last minute by my then manager Burt Flood. I went ahead and took the days off anyway and when I returned for work Richard Quincy pushed a termination notice in my face. I refused to sign and handed in a resignation notice. I should have received a cash payout of my retirement but did not. I am asking for reinstatement to my former position as supervisor if the judge finds that there was no wrongdoing on behalf of the employer. I was a fifteen-year veteran.

Borrah E Campbell II

[signature] 2-13-07

## CERTIFICATE OF SERVICE

I hereby certify that on this __13th__ day of __February__, 200_7_, a copy of this __Motion to deny summary judgement__ was mailed, postage prepaid, to __William J. Barley, Lisa Helen Casilly, Donald Randolph James Jr, Jeremy Dean Tucker__

_____

*Sarah S Campbell II*
PRO SE LITIGANT