IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH CAMPBELL, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:06cv205-WHA |
| ) | |
| UNITED PARCEL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On February 13, 2007, the plaintiff submitted a pleading styled as a "motion to deny defendant claim for summary judgment," in which he asserts facts in response to the defendant's motion for summary judgment.  (Doc. No. 39.)  This court construes this pleading as a response to the defendant's motion for summary judgment.

Accordingly, the Clerk is

DIRECTED to file the plaintiff's pleading as a response to the defendant's motion for summary judgment.

Done this 23rd day of February, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE