IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL, II,        )  | |
|                                )  | |
|         Plaintiff,             )  | |
|                                )  | |
| vs.                            )  | CIVIL ACTION NO. 2:06cv205-WHA |
|                                )  | |
| UNITED PARCEL SERVICE, INC.,   )  | |
|                                )  | |
|         Defendant.             )  | |

## ORDER

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #41), entered on March 5, 2007, the court adopts the Recommendation, and it is hereby

ORDERED that the Defendant's Motion for Summary Judgment is GRANTED. Final Judgment will be entered in favor of the Defendant.

DONE this 26th day of March, 2007.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE