IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BORRAH E. CAMPBELL, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv205-WHA |
| | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day granting summary judgment in favor of the Defendant,

Final Judgment is entered in favor of the Defendant, United Parcel Service, Inc., and against the Plaintiff, Borrah E. Campbell, II. Costs are taxed against the Plaintiff.

DONE this 26th day of March, 2007.

　　　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE